# Medical Student Exam and Licensing Terminology

| **ECFMG** | **Educational Commission for Foreign Medical Graduates** – Private organization that evaluates the qualification of international medical graduates, issues physician credentials related to medical education, training and licensure, and assesses clinical skills. |
|---|---|
| ➤ **Step 2 CS Alternative Pathways** | Alternative methods for assessing a student's clinical skills necessary to acquire ECFMG certification in lieu of the USMLE Step 2 CS, which has been suspended due to Covid-19. |
| ➤ **OET** | **Occupational English Test** – English proficiency test required by the ECFMG for certification as part of the Step 2 CS Alternative Pathways. |
| **USMLE** | **United States Medical Licensing Examination** – A three step examination for medical licensure in the U.S. that assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate patient-centered skills for safe and effective patient care. |
| ➤ **Step 1** | Typically taken at the end of the second year of medical school. Assesses whether medical school students or graduates understand and can apply important concepts of the basic sciences to the practice of medicine. |
| ➤ **Step 2** | Typically taken during the fourth year of medical school. Designed to assess whether medical school students or graduates can apply medical knowledge, skills, and understanding of clinical science essential for provision of patient care under supervision. Comprised of two separate exams – Step 2 CK (clinical knowledge) and Step 2 CS (clinical skills). |
| • **CK** | Clinical Knowledge – Written exam to assess whether medical school students and graduates can apply medical knowledge of clinical science to provide patient care under supervision. |
| • **CS** | Clinical Skills – Practical exam to assess whether medical school students and graduates can apply medical skills to provide patient care under supervision.<br>**\*\*\* Currently suspended due to Covid-19 \*\*\*** |
| ➤ **Step 3** | Final exam in the USMLE sequence, typically taken at the end of the first year of residency. Assesses whether medical school graduates can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine. |
| **NBME** | **National Board of Medical Examiners** – Private organization that creates and administers exams for the purpose of assessing physicians for licensure. |
| ➤ **CCSE** | **Comprehensive Clinical Science Examination** – Covers very similar content to the USMLE Step 2 CK, and is used to assess readiness for Step 2 CK. The CCSE score is an estimate of performance on Step 2 CK if both exams were taken under the same conditions and with the same level of knowledge. |
| ➤ **CCSSA** | **Comprehensive Clinical Science Self-Assessment** – Helps students to evaluate their readiness to take the USMLE exams. |
| **NRMP** | **National Resident Matching Program** (a/k/a "The Match") – An algorithm-based system used to place medical students into residency training programs at United States teaching hospitals. |
| ➤ **The Match** | Conducted once annually, in March. Application review begins in October of the prior year. Foreign medical school applicants must meet ECFMG certification requirements – including passing USMLE Step 2 and graduating from medical school – to participate in the Match. |