# St. Matthew's University
## SCHOOL OF MEDICINE

### "Improving Life By Degrees"



# Official Catalog

## 2019-2021

### Grand Cayman • British West Indies



St. Matthew's University
School of Medicine
Official Catalog
2019-2021
Grand Cayman • British West Indies



# CONTENTS

| | |
|---|---|
| Welcome | 1 |
| Our Mission | 2 |
| The St. Matthew's University Difference | 4 |
| Credentials | 5 |
| What's Around Campus | 6 |
| Student Life | 7 |
| Admissions | 10 |
| Financial Information | 12 |
| Curriculum | 16 |
| Calendar | 17 |
| Basic Sciences Program | 17 |
| Clinical Sciences Program and Clerkship Rotations | 21 |
| Third-Year Core Clerkship Curriculum | 22 |
| Fourth-Year Selectives | 22 |
| Faculty & Administration | 24 |
| Standards for Performance | 31 |
| Standards of Professional Behavior and Academic Honesty | 33 |
| Center for Learning Enhancement | 34 |
| Health and Immunization Information | 36 |
| Student Government and Organizations | 36 |

# WELCOME





Maurice Clifton, M.D., M.S. Ed, M.B.A.
Chief Academic Officer

We would like to extend to you a warm welcome to St. Matthew's University School of Medicine. We are happy that you chose St. Matthew's to pursue your medical education. You can rest assured that you have made the right choice. We have a student-centered mission. We do everything we can to help you reach your goal to become a successful physician.

Here at St. Matthew's, you will find the friendly faculty and staff ever willing to assist you to meet your educational needs. This is complemented by our Center for Learning Enhancement, where we offer personalized care in dealing with your educational and personal issues.  At St. Matthew's, you will find the curriculum is carefully crafted to maximize your success. With residency placements in outstanding programs like the Mayo Clinic, Duke University, Johns Hopkins, and McGill University, our graduates offer the best evidence of our students' success. This success can be in part attributed to the high quality of our faculty, who have been chosen from all parts of the world and are experts in their field of teaching.

An outstanding pre-clinical curriculum and the clinical shadowing programs at Cayman hospitals and clinics help our students understand the powerful link between Basic Sciences and clinical practice. This is a great way to bridge the gap between the theory and practice of medicine. The state of the art IT infrastructure and learning platforms at St. Matthew's University are among the most advanced in medical education today.

Apart from academic activities in the University, Grand Cayman also offers you limitless entertainment, which will help you relax after an intense study schedule. Grand Cayman boasts some of the world's best beaches and finest restaurants. All this comes to you with an exceptional safety profile of the island.

Upon your completion of Basic Sciences, it will be time to apply what you have learned in the classroom. St. Matthew's offers clinical rotations at top teaching hospitals. At St. Matthew's University, we strive to help you meet your career goals by working closely with you to ensure that you have the experience and credentials necessary to achieve residency in the setting and field of your choice.  Our committed clinical staff works with a student-centered dedication and passion; we are constantly striving to help you succeed.

The emphasis of our curriculum is on a strong work ethic, being a team player, having compassion for the patients, and a continuing curiosity for the developing science of medicine. We look forward to assisting you as you pursue your dream of becoming a successful physician.

Sincerely yours,



# OUR MISSION

**St. Matthew's University School of Medicine was established in 1997.**

To provide students of diverse backgrounds with the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician, along with the skills and confidence needed to critically evaluate and apply new information. In order to fulfill its mission, the university's program is structured around certain ideals which embody its view of the essential qualities of today's practicing physician. These ideals are defined in the six competencies adopted by the university and summarized below:

**1. Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

**2. Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

**3. Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.



**4. Professionalism: Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.**

**5. Communication & Interpersonal Skills: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.**

**6. Social & Community Context of Healthcare: Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.**

# The St. Matthew's University Difference

## Proven Quality of Education

St. Matthew's University School of Medicine offers students a medical education that is completely focused on the success of our students. The result is a proven quality education.

- **Graduates:** More than 2,000 successful graduates who have earned residencies and/or permanent licensure in the U.S., Canada, and numerous other countries.
- **Residency Placement:** Recent residency placements in outstanding programs such as the Mayo Clinic, Johns Hopkins, Northwestern University, the University of Florida, McGill University, and Duke University.
- **Accreditation:** The United States Department of Education determined that the standards and processes used to accredit St. Matthew's University School of Medicine are comparable to those used to accredit medical schools in the United States.
- **Licensing:** One of only a small number of non-U.S. schools to be approved in both New York and Florida.
- **Faculty:** Highly credentialed, experienced faculty, with each holding an M.D. and/or Ph.D.
- **Clinical Rotations:** Premier clinical training sites at top teaching hospitals.
- **Curriculum:** Groundbreaking U.S. Medical Licensing Examination review course, coupled with comprehensive USMLE preparation integrated throughout the curriculum.

## Commitment to Student Success

At SMU, we are as committed to your dreams as you are. Throughout your ten semesters with us, we will do everything we can to ensure your success by supporting all aspects of your education and life.

- **Focus on Teaching:** Dedicated, talented faculty whose time commitments are focused on teaching and mentoring.
- **Skills Training:** Unique first semester Student Development Course, offering study skills, exam strategies, peer support, and stress management.
- **Center for Learning Enhancement:** Offers special faculty reviews and tutoring and student academic coaches.
- **Center for Excellence in Medical Education:** Educational workshops, clinical pathological conferences, and research in medical education.
- **Student Mentors:** Student mentors understand about adjusting to life in medical school and are eager to see you succeed.
- **Low Student to Faculty Ratio:** Small class sizes encourage close student-faculty interaction appropriate for the materials taught in medical school.
- **Excellent Value:** Tuitions and fees are more than 40% below the average of U.S. medical schools.

## Locations and Facilities

Grand Cayman is not only a beautiful location for our Basic Science campus; it is also one of the safest and most advanced islands in the Caribbean. There is no better place to study medicine.

- **Pre-clinical Training:** Beginning in their very first semester, SMU students are exposed to clinical opportunities with Cayman physicians in multiple hospitals and clinics.
- **"North American" Infrastructure:** As the fifth largest financial center in the world and with a thriving tourist industry, Grand Cayman has a highly developed infrastructure which is very comparable to the U.S.
- **Lifestyle:** The Cayman Islands enjoy one of the highest per capita incomes in the world. Grand Cayman has hundreds of restaurants, scores of banks, world-class hotels, and many opportunities for diving, boating, and other recreation.
- **Safety:** Grand Cayman has one of the lowest crime rates in the Caribbean.
- **Healthcare:** The Cayman Islands has a world class health care system including three state-of-the-art hospitals and boasts one of the highest ratios of physicians to its population in the Caribbean.
- **Culture:** As part of the British West Indies, the Cayman Islands is an English-speaking country which combines British civility, American efficiency, and Caribbean charm.
- **Convenience:** Grand Cayman is less than an hour's flight from Miami, and also has direct flights from Atlanta, Chicago, Charlotte, Houston, New York, Tampa, Toronto, Dallas and other international locations.
- **Campus:** Modern, state-of-the-art Cayman campus facilities include wireless technology available throughout the bright, air-conditioned classrooms, labs, library and student lounges.
- **Housing:** Students live in inviting residence suites with internet access, swimming pools, and easy access to Seven Mile Beach.

## Cayman Islands • British West Indies



## CREDENTIALS

• The World Health Organization lists St. Matthew's in the World Directory of Medical Schools, http://www.who.int/hrh/wdms/en.
• The Educational Commission for Foreign Medical Graduates officially recognizes St. Matthew's University School of Medicine, www.ecfmg.org.
• The Government of the Cayman Islands, B.W.I., has fully chartered St. Matthew's University.
• The accrediting body for the Cayman Islands, and consequently St. Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM) **(http://www.accredmed.org)**. The United States Department of Education recognizes the standards and processes used by the ACCM as comparable to those used to accredit medical schools in the United States. In 2013, the ACCM granted St. Matthew's University accreditation for six years, which is the longest accreditation period available under their protocol.
• The FAIMER International Medical Education Directory (IMED) of the Educational Commission for Foreign Medical Graduates (ECFMG) lists St Matthew's University in its listing of approved medical schools.
• St. Matthew's is licensed by the Commission for Independent Education, Florida Department of Education (Florida license number 2634). Additional information regarding this institution may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399. The toll-free telephone number is 888-224-6684.

• St. Matthew's is approved by the State of New York for - all clinical rotations, residencies and licensing. Please visit the New York State Education Department Office of the Professions' Website at **http://www.op.nysed.gov/medforms.htm** to view the listing of approved schools.

## GRAND CAYMAN

Within the vibrant blue waters of the Caribbean is Grand Cayman, largest of the three Cayman Islands. Not only does Grand Cayman offer some of the most pristine beaches and world-class diving, it boasts numerous attractions, shopping opportunities and points of interest, including the capital city of George Town. As the largest of the three islands, Grand Cayman offers many familiar amenities and modern conveniences from dining to transportation, entertainment and healthcare; you are sure to feel at home. Only 480 miles from Miami, Florida, 50 miles south of Cuba and 180 miles northwest of Jamaica, the island is easily accessible. There are at least 55 flights per week entering Grand Cayman and 28 from Miami, Florida alone. Major carriers such as Cayman Airways, American Airlines, Jet Blue Airlines and Delta offer direct flights from major cities including Atlanta, Chicago, Charlotte, Houston, Miami, New York, Tampa, Toronto, and other international locations.





# What's Around Campus













SHOPPING • DINING • BANKING • HEALTH & BEAUTY • LEISURE

# STUDENT LIFE

**The Cayman Islands'** remarkable success as a financial center and tourist destination has transformed the nation into a dynamic society that has every modern convenience but still retains the charm and vibrancy of the Caribbean. People from more than 100 countries live and work in this British Overseas Territory, creating a lively and unique blend of cultures.

While the diverse accents and idioms of Caymanians, Jamaicans, Europeans, Hondurans, and Filipinos may take some getting use to, there is no denying the hospitality of the local people, the superb weather, stunning beaches and great restaurants and nightlife that make the transition to this new country easy, as well as exciting. As an integral part of this exceptional community, St Matthew's offers students a quality of life that few universities in any part of the world can match.

The Cayman Islands:

• Provides a world class health care system with one of the highest ratios of physicians to its population in the Caribbean
• Enjoy one of the highest per capita incomes in the world
• Offer stability, a strong tourism trade, a safe community, and highly developed technology and health care resources
• Has one of the lowest crime rates in the Caribbean and a lower crime rate than the U.S.

## Dining

Cayman is a culinary playground for chefs and a paradise for people who appreciate excellent food. From haute cuisine, to casual waterfront bars and restaurants, to Jamaican-style "Jerk" chicken and pork at roadside stands across the island, there is something for everyone. Diners can choose from traditional Caymanian, Mediterranean, American, Indian, Chinese, Thai and Tex Mex restaurants, or even familiar franchises like Burger King, Wendy's, Kentucky Fried Chicken and Domino's Pizza. Choices range from 5-star sushi to pasta alfresco served by serenading Italian waiters. How about Tea at the Ritz? The Ritz Carlton, Cayman serves an elegant tea with all the trimmings in the Silver Palm Lounge every afternoon (pre-booking highly recommended). Craving for local food, such as turtle stew, fish rundown and stewed conch, can be satisfied at Caymanian hot-spots like Welly's Cool Spot, Champion House and Corita's Copper Kettle.

## Diving

Some of the most vibrant coral reef systems in the world exist in Cayman waters, which offer wonderful opportunities to scuba dive, snorkel and swim in tropical seas that are warm year round. Since the main campus and residence halls are just steps away from the famous Seven Mile Beach, students can literally walk out of their class and across the street for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.

The calm waters and 200-foot visibility under water make the Cayman Islands an ideal place to build experience and confidence in scuba diving and snorkeling. Divers and snorkelers can swim with the friendly rays at Stingray City, or experience the magic of swimming among a school of Yellowtail fish, or see up close various species of turtles, parrotfish, lobster, eels, sea urchins and squid that populate the famous coral reefs.

As a premier dive destination, Cayman has a wide choice of local dive operators that offer beginner and advanced scuba courses, as well as affordable dive trips for certified divers. For those with hectic schedules or divers who want to avoid a crowded dive boat, there are plenty of gorgeous dive sites that are an easy swim from shore.

## Leisure & Recreation

Aside from the world class diving, Cayman has a plethora of activities and points of interest - from Stingray City where you can swim with the rays, to the Cayman Islands National Museum which overlooks George Town harbor and houses natural and cultural histories. Cayman offers a unique mix of island entertainment. Just like at home, Hollywood Theaters at Camana Bay offers a state of the art, six screen, stadium seating cinema. With over 33 sporting associations, you are bound to find a league - whether it's baseball, basketball, flag football, cricket, cycling or soccer. There are also multiple gyms on the island as well as endless water sports including diving, sailing clubs, and kayaking. Nightclubs along Seven Mile Beach provide a wide choice of dancing, including hip-hop, reggae, disco, rave, country western, and Latin.

Hotels and restaurants, such as the Wharf, Marriott and the Ritz Carlton, are sparking off new trends with themed nights on a monthly or weekly basis, such as disco or smooth Latin beat by the pool. For a more casual experience, numerous bars and pubs dotting the island offer a cold beer while watching the sun set over the ocean or their favorite sport on TV, or joining in a noisy game of Dominoes - a popular Caribbean pastime.

ISLAND & STUDENT LIFE

## Climate

The weather in Grand Cayman is pleasant year round with temperatures ranging from 70° to the mid 80°'s. The rainy season usually lasts from May to November; however the rains are usually brief and the sun soon returns. Cayman does have a winter, from December to April, which is when there is infrequent rain and the cool breezes return. Hurricane season runs from June 1st to November 30th, and Cayman is well prepared. Hurricane information packs are available from the Government Information Services in Cricket Square.

## Telecommunications

State-of-the-art telecommunications services are offered on the island. These services include local and long distance calling, mobile phones, faxing, cable and internet. Service is comparable to that found in the U.S. The main providers are Flow, Digicel, Logic, and C3 Communicatons.

All Cayman mobile phone service providers use GSM technology. It would be best to consult with your existing provider to ensure that your mobile phone is compatible. As a guideline, CDMA is the technology used by Verizon and Sprint in the USA, and Telus and Bell in Canada. GSM is the technology used by Vodaphone, O2 and Orange in Europe, T-Mobile in the USA, and Rogers Wireless and Microcell in Canada.

For more telecommunication information please visit **http://www.caymannewresident.com/page_id_30.html**

## Health Care

Offering both state and private health care facilities, Cayman has an excellent health care system. A wide range of specialists, including visiting doctors from the U.S. and elsewhere operate from private clinics. Grand Cayman is well served by private dentists and optometrists. There are also two hospitals on the island, The Cayman Islands Hospital and The Chrissie Tomlinson Memorial Hospital, as well as numerous pharmacies. Many pharmacies have multiple branches, and both Foster's Food Fair and Kirk Supermarket have in-store pharmacies open 12 hours a day.

For a list of local health care contacts please visit **http://www.caymanchamber.ky/relocation/healthcare.htm** or **http://www.caymannewresident.com/page_id_11.html**.

## Currency

Although the U.S. dollar is not the official currency of The Cayman Islands, it is widely accepted on the island, as are money orders and credit cards. Many merchants quote their prices in both Cayman Island dollars and U.S. dollars, and you can pay in either currency. If you pay in U.S. dollars, you will likely receive your change in Cayman dollars.

## Banking

As the fifth largest financial district in the world, banking options in Cayman are endless. Butterfield Bank, Cayman National Bank, Fidelity Bank, FirstCaribbean International Bank, Scotiabank and Royal Bank of Canada offer electronic and online banking.

## Moving with Pets

Pets are allowed to be brought to Cayman. An import permit or valid animal passport issued by the Department of Agriculture and an official health certificate issued by a government employed or accredited veterinary inspector in the country of origin is required for the importation of dogs and cats.

For further information, please visit the Chamber of Commerce at **http://www.caymanchamber.ky/relocation/pets.htm**.

## Transportation

There are many options for navigating the island. People from all the major European countries, most major English speaking countries (including the United States, New Zealand, Australia, Canada and South Africa), and the following Caribbean countries — Jamaica, Barbados, Dominican Republic, Cuba, and Trinidad and Tobago, are entitled to obtain a Cayman driving license without having to take any further tests. If in doubt call the Licensing Department on 345-945-8344 or visit **http://www.dvdl.gov.ky/**. You must apply for a Cayman license within three months of arriving. Please remember driving is on the left side of the road like in the U.K. Cayman also offers rentals, leasing, and has numerous dealerships for purchasing a vehicle. The island also has a wonderful bus system with seven bus routes, and the buses each have a distinctive colored circle on the front and rear with a route number in the middle. Residents also have the option of having their vehicles imported onto the island.

Please visit New Resident for further details **http://www.caymannewresident.com/page_id_9.html**.

## Schools

The Caymanian school system is based upon the English learning system. Cayman offers primary schools in each district for children 4-11 years of age as well as government high schools, a community college, a university college and a law school. Private schools are also abundant on the island including but not limited to, Cayman Prep & High School, Cayman International School, First Baptist Christian School, Montessori By The Sea and St. Ignatius Catholic School. The classes are taught in English, as it is the main language

of the island. Children starting pre-school can begin at the age of two and for primary school the starting age depends on whether they will be attending a British school such at St. Ignatius or American school such as Cayman International School. British schools require children be the age of four by September and American schools require the age of five by September.

For further information and a detailed listing of schools, please visit The Chamber of Commerce at:s

**http://www.caymanchamber.ky/relocation/school.htm**
or New Resident at:

**http://www.caymannewresident.com/page_id_13.html**



**ADMISSIONS**

## ADMISSIONS CRITERIA

Each candidate is evaluated on the basis of these factors:

- Academic background
- Overall grade point average
- Science grade point average
- Strength of major/minor
- Letters of reference
- Personal statement
- College activities that demonstrate service to the community
- Personal interview
- MCAT scores

Most candidates have earned an undergraduate degree from an approved college or university in the United States, Canada or a recognized international institution. However, a student who has earned 90+ semester credit hours of college credits will be considered for admission. We recognize that since medicine deals with people, an understanding of literature, art, history, ethics and philosophy is an asset to a physician. Science and humanities are not mutually exclusive and both are viewed as necessary for the practice of medicine. It is necessary that students be computer literate. The following list of courses indicates the minimal prerequisites that all applicants must complete prior to admission to the medical school. Applicants with lower grade point averages are encouraged to apply if other accomplishments, MCAT scores or work experience demonstrate their aptitudes.

**Pre-requisite Coursework:**

| Course | |
|---|---|
| General Biology * | 1 academic year (6 credit hours) |
| Inorganic Chemistry* | 1 academic year (6 credit hours) |
| Organic Chemistry* t | 1 academic year (6 credit hours) |
| Language Arts (English)** College | 1/2 academic year (3 credit hours) |
| Math or Computer Science | 1/2 academic year (3 credit hours) |

*These courses must include an attached laboratory. ** A student may substitute any course that has a writing component, such as a term paper or written project, for the Language Arts requirement. t A student may substitute 1 /2 year of Biochemistry for 1 /2 year of Organic Chemistry.

## ADMISSIONS COMMITTEE

The Admissions Committee selects students who exhibit the strongest potential to flourish in a medical school environment and execute the duties of a medical doctor ethically and professionally. If the student's credentials meet the admissions criteria, the candidate will be interviewed in person or by video conference before a final decision is made.

It is the applicant's responsibility to make sure the application is complete. Applicants should submit materials early to ensure a timely decision. The admissions committee will not review incomplete documentation.

## NON-U.S. TRANSCRIPTS

Students with academic transcripts from outside the United States and Canada must have them evaluated on a course-by-course basis by an evaluation service such as World Evaluation Services (www.wes.org), Josef Silny & Associates, Inc. (www.jsilny.com), www.gceus.com, or a service that is a National Association of Credential Evaluation Services (NACES) member (www.naces.org).

## ADVANCE STANDING AND TRANSFER STUDENTS

Transfer students undergo the same admissions process as first time applicants, in that they must submit a complete application packet to ensure a timely review. Acceptance of transfer credits is at the discretion of the University. St. Matthew's University School of Medicine only provides advance standing to qualified transfer students from medical schools, recognized by the World Directory of Medical Schools. SMUSOM will not consider coursework completed through a distance learning program. Students with unsatisfactory records are not considered for advanced standing. Acceptance is contingent upon the recommendation of the Admissions Committee and on the basis of space available within the class.

The University does not accept transfer students directly into the Clinical Medicine program.  Students requesting to transfer into the Clinical Medicine program will only be considered for acceptance into the fourth or fifth semester of the Basic Science program, but to be eligible to do so, they must have passed the United States Medical Licensing Exam (USMLE) Step 1.

We encourage applications from people with work experience in healthcare. However, chiropractors, podiatrists, dentists and physician's assistants will not be granted advanced standing based on work experience.

The University will submit transcripts to any university or college for a student requesting a transfer. However, acceptance of credits is at the sole discretion of the other institution.

## Medical College Admissions Test (MCAT)

The MCAT is required of matriculating students who are U.S. citizens or permanent residents. It is recommended for all other applicants. The St. Matthew's University Admissions Committee will use MCAT scores to assist in the admissions decision but does not base decisions solely on MCAT scores. There is no minimum score below which an application is automatically rejected. The MCAT is offered online multiple times per year. Information on the MCAT testing dates is available at **www.aamc.org.**
Information regarding your application, dates and locations should be directed to:

> Association of American Medical Colleges
> Medical College Admissions Test
> 2450 N. St., NW Washington, DC 20037
> Phone: (202) 828.0690

Application for the test must be made approximately one month prior to the designated testing date. St. Matthew's MCAT code is 919. If using the MCAT (THx) system, please use the school name. MCAT scores must be submitted to the Admissions Office in Orlando, Florida.

## Letters of Recommendation

Confidential appraisals by college advisors, instructors, or others are an important part of the application. These recommendations may include a letter from a peer. Ask for recommendations from individuals who can give a concise and thorough assessment of your personality, industry, reliability and motivation. Applicants are given the option of signing a waiver regarding the confidentiality of these letters. At least two letters of recommendation are requested from each applicant.

## Personal Statement

Applicants must submit a personal statement with the application form. This offers an opportunity for the applicant to describe personal attributes, characteristics and interests that support a decision to study medicine. The Admissions Committee is interested in participation in research projects, hobbies and health-related employment or experience. Use specific examples to demonstrate motivation, commitment to pursue a medical career and the ability to work with people. Compassion, empathy, and the ability to deal with everyday problems are considered important qualities. We focus as much on the determination and life experience of our candidates as on their academic background.

## Interview

When a candidate is favorably considered, the Admissions Committee schedules an interview. For all new students, the interview may be in person or by video conference. The interview serves both the applicants and the committee by providing an opportunity for the applicant to ask pertinent questions and introduce any special circumstances that should be considered. The committee gains the opportunity to determine if the candidate demonstrates the personal qualities that are required in a good physician. These qualities include motivation, commitment to a medical career, empathy, compassion, maturity and flexibility in dealing with problems.

## Notification of Acceptance

Letters of acceptance or non-acceptance are sent within one week after the Admissions Committee has reached a decision. Students who are accepted are expected to return a letter of intent promptly. The letter of intent must be accompanied with a fee of U.S. $500 to reserve a place in the upcoming class. This seat deposit fee is part of the first semester tuition.



## Application Checklist

A completed application file for both new and transfer students will include:

- Completed application form
- Official academic transcripts
- Two letters of recommendation
- Personal statement
- Nonrefundable application fee of U.S. $75
- Current resume

Submit a completed application form along with other supporting documents to:

St. Matthew's University School of Medicine
Office of Admissions
12124 High Tech Avenue, Suite 290
Orlando, Florida 32817
Or via the Website at www.stmatthews.edu

## Reapplication

Unsuccessful applicants may reapply by repeating the admission process. A new application form, a new personal statement and new letters of recommendation must be submitted with a check or money order for U.S. $75 payable to St. Matthew's University School of Medicine.

## Procedures and Paperwork

We are here to help you through this process. We are open to both traditional and non-traditional applicants, so we truly encourage your application. Due to our rolling admissions, there is no deadline to apply. However, seats in each class are competitive and early applicants will have the advantage of securing a place in the semester of their choice. Semesters begin in September, January and May.

All immigration and other documentation must be received at the U.S. Admissions Office no later than 30 days before the start of term. See calendar for the schedule.

# Financial Information

## Tuition and Fees

Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences. Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. Non-payment by the first day of classes may result in registration being cancelled. Students must pay tuition and fees prior to attending classes or being recorded on the official roll.

Tuition and fees are subject to change. Students with an outstanding balance due are not eligible to register for the next semester without clearing up that outstanding balance to the satisfaction of the Financial Office. For students in both Basic Sciences and Clinical Sciences, a U.S. $100 late fee will be assessed if tuition and fees are not paid on time.



**TUITION AND FEES**               **($U.S.) Per Semester**
Effective Fall 2020

| | |
|---|---|
| Tuition per semester—Basic Sciences | $16,075.00 |
| Tuition per semester—Clinical Sciences | $20,650.00 |
| Internet Access and Technology Fee (per semester)** | $100.00 |
| Administrative Fee (per semester) | $175.00 |

**One Time Fees**

| | |
|---|---|
| Non-Refundable Application Fee | $75.00 |
| Cayman Entry Fee*** | $113.00 |
| Seat Deposit | $500.00 |
| Review Materials (5th semester) | $935.00 |

**Miscellaneous Fees**

| | |
|---|---|
| Tuition for less than 17 credits (per credit hour) | $865.00 |
| Malpractice Insurance - Clinical Science only (per semester) | $260.00 |
| Health Insurance (per semester, unless proof of coverage) | $653.00 |
| Transcript Request | $10.00 |
| Letter of Reference—First 3 free, thereafter | $10.00 |
| Diploma Copy | $15.00 |
| Recreation Fee (Cayman Only) | $35.00 |
| National Board Fee | $500.00 |
| Leave of Absence Fee | $500.00 |
| Graduation Fee | $500.00 |
| White Coat Fee | $60.00 |
| Background Check Fee (Depending on the required extent of seach) | $50-$250 |
| Lab Fee | $150-$250 |
| Late Registration Fee | $250 |
| Late Payment Fee | $100 |
| Return Check Fee | $35.00 |

**Laptops are required for all students
***Cayman Island Government Fee

FINANCIAL INFORMATION

## CLINICAL SCIENCES

Tuition and fees for students in Clinical Sciences are due prior to registration and at least one month prior to the commencement of the semester and/or clinical rotation. Tuition and fees are charged for all clinical rotations. Students in Clinical Sciences will be billed for an entire semester regardless of the starting date as long as the student is in rotations. Additional charges may be due if students choose elective rotation with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).

## BASIC SCIENCE REFUND POLICY

All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean of Basic Sciences.

| Basic Sciences Tuition will be refunded according to the following schedule*: | |
|---|---|
| **Prior to the start of the semester** | **100%** |
| **During the first** week of the semester | **93%** |
| **During the second** week of the semester | **80%** |
| During the third week of the semester | **87%** |
| **During the fourth** week of the semester | **No Refund** |

Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund* of all tuition and fees paid as well as the seat deposit.

*All fees, including the first semester seat deposit fee of $500.00 and the $75.00 application fee, are excluded from this refund policy and are not refundable (after the first three days' exemption as previously described).

## CLINICAL SCIENCE REFUND POLICY

Any student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

## OTHER CHARGES

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

# FINANCIAL AID

We realize that attendance at medical school represents a significant investment for our students and their families. At St. Matthew's University, we are committed to doing everything we can to make your medical education more affordable. This includes maintaining a cost-effective tuition that is substantially less than the average per-semester tuition among U.S. public medical schools, as surveyed by the American Association of Medical Colleges.

## U.S. FEDERAL DIRECT LOAN PROGRAM

St. Matthew's University School of Medicine has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program. Qualified citizens and permanent residents of the United States may be eligible to receive funding from the Direct Loan programs to help pay for the cost of their education.

The Free Application for Federal Student Aid ("FAFSA") must be completed to determine eligibility. St. Matthew's University school code is **037643**.

## CANADIAN STUDENT LOANS

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually. Work directly with your individual province for information regarding requirements. St. Matthew's University's school code for applying is **NUBQ**.

For information regarding financial aid, email finaid@stmatthews.edu or call (800)498-9700.

# SCHOLARSHIPS

## Academic Scholarships

Each semester excellent incoming students at St. Matthew's University Medical School may earn partial-tuition academic scholarships from the school.

St. Matthew's is proud to offer the academic scholarships to students who display exceptional promise in the pursuit of a medical degree. It is our way of rewarding excellence and encouraging individuals to pursue a medical degree.

At the time of application, candidates must:
• Have a strong undergratuade GPA and/or MCAT score.
• Submit an application requesting the consideration of the Scholarship Committee.

## The Cayman Islands Scholarship

As part of St. Matthew's University's commitment to the country and citizens of the Cayman Islands, one Basic Science tuition and fees scholarship is offered to qualified Caymanian citizen each calendar year, beginning in the January term. This scholarship is awarded to a qualified applicant who meets all the admission requirements, shows exceptional promise for medical studies, is a current resident of the Cayman Islands and is dedicated to delivering health care to the country of the Cayman Islands. Applicants must submit a Letter of Request to the Scholarship Review Board explaining the desire for consideration. This letter should include (but not be limited to) examples of tenacity, compassion and commitment to helping others, and must be received by the Review board prior to November 10.

## Jha Family Scholarship

The Jha Family Scholarship is given on behalf of the Jha Family. The Jha Family believes in the concept of leadership and its benefit to the medical profession. The $3,000 per calendar year ($1,000 a semester) scholarship is open to new and current students who meet the criteria below. St. Matthew's University is proud to offer this scholarship to students who display exceptional leadership skills in the medical field. It is our way of rewarding leadership while encouraging individuals to pursue a medical degree.

### Applicants must:
• Have an overall GPA of 3.0 or above
• Submit documented proof of participating in a leadership capacity
• Submit one letter of recommendation from a person who can attest to your leadership ability
• Submit a letter requesting the consideration of the Scholarship Committee. The letter must include (but not be limited to) leadership abilities, community achievement and any leadership awards received.

## The Scholarship Review Board

The Scholarship Review Board meets on or around March 15, July 15 and November 15 of each year to review all completed applications for all scholarship awards. All scholarship applications must be complete and ready for review prior to these dates because the staff must prepare the applications for review by the board. Therefore, it is necessary to set a deadline for receipt of applications prior to the meeting of the Review Board.

Deadlines for receipt of completed scholarship applications are as follows:
• November 10 for January semester
• March 10 for May semester
• July 10 for September semester

The Scholarship Review Board will notify recipients within two weeks of their decision.

## Applications

Applications for all scholarships are available online at www.stmatthews.edu or from the Florida office.
Completed applications may be faxed to: 1-800-565-7177 or mailed to:

St. Matthew's University School of Medicine
Office of Admissions
12124 High Tech Avenue, Suite 290
Orlando, FL 32817
Or submit applications via the Website at
www.stmatthews.edu

# CURRICULUM

## OUR CURRICULUM INCLUDES CARING

Our curriculum integrates basic and clinical science to give students an understanding of the human body in health and disease. This approach enables students to use their knowledge not just to treat patients but also to prevent disease and promote good health. Throughout the first five semesters, students participate in a series of clinical medicine courses that focus on the art of patient care and preventive medicine. Patient care in the broadest respect is at the center of every course. Students examine the role of medicine in the community and the effect disease has on the family, as well as the individual. Special segments deal with the ethics of the physician-patient relationship and with the ethical dilemmas posed by modern medicine.

## BASIC SCIENCES PROGRAM

### BASIC SCIENCE OVERVIEW

The gross and microscopic structure and function of each organ system is presented in lecture format with clinical correlations. Laboratories provide visual reinforcement and give students the opportunity to develop the ability to make observations and hone analytical skills. Professors focus on how disease interrupts the normal function of organ systems and the therapy needed to treat these abnormal processes. Lectures, labs and small group formats reinforce analytical skills.  Students are required to complete 159 credits in Basic Sciences.

The first semester courses are numbered MD 1--, second semester courses are numbered MD 2--, and so on. If a course is canceled, an appropriate course will be substituted. Any canceled course will be offered no later than the next academic semester.



## HANDS-ON EXPERIENCE

Experience extends beyond the classroom into hospitals and clinics. Students gain invaluable experience through participating in community outreach. The Clinical Shadowing Program gives our students the opportunity to make meaning of the knowledge and lessons learned from lectures and textbooks in a real-life clinical setting. Students learn and experience first-hand how practicing physicians interact with patients, take histories,

# CALENDAR

| Semester | Term Dates | Diploma Date |
|---|---|---|
| Spring 2019 | Jan 7 —April 19 | May 4 |
| Summer 2019 | May 6 - Aug 16 | August 31 |
| Fall 2019 | Sept 2 - Dec 13 | December 21 |
| Spring 2020 | Jan 6 - Apr 17 | May 2 |
| Summer 2020 | May 4 - Aug 14 | August 29 |
| Fall 2020 | Aug 31 -Dec 11 | December 26 |
| Spring 2021 | Jan 4 - Apr 16 | May 1 |
| Summer 2021 | May 3 - Aug 13 | August 28 |
| Fall 2021 | Aug 30 -Dec 10 | December 25 |

Please note that as SMU is an international medical school, and operates on a three semester per year basis, public holidays from your home country may not be observed.



perform medical examinations and procedures, and work with other members of the health care team. St. Matthew's University's preceptors represent a diverse set of specialties, such as internal medicine, surgery, pediatrics and orthopedics to name a few. The Clinical Shadowing Program is crucial to a student's continued success and preparation for the USMLE Step 1 examination and their clinical rotations that follow.

# BASIC SCIENCES

## SEMESTER I                    CREDITS

MD 111 Patient-Doctor Relations Part-I        2

MD 122 Principles of Research &                2
       Evidence Based Medicine

MD 140 Histology & Cell Biology               10

MD 166 Developmental and Gross Anatomy        16

## SEMESTER II                   CREDITS

MD 236 Genetics                                6

MD 243 Biostatistics and Epidemiology          4

MD 270 Biochemistry & Molecular Biology       10

MD 282 Physiology                             12

## SEMESTER III                  CREDITS

MD 300 Medical Spanish (Elective)              1

MD 311 Patient-Doctor Relations Part-II        2

MD 332 Microbiology & Immunology              12

MD 383 Behavioral Sciences & Ethics           13

MD 369 Neuroscience                            9

## SEMESTER IV                   CREDITS

MD 411 Patient-Doctor Relations Part-III       6

MD 468 Pharmacology                           12

MD 482 Pathology I                            12

## SEMESTER V                    CREDITS

MD 552 Pathology II                           10

MD 562 Clinical Therapeutics                   2

MD 582 Introduction to Clinical Medicine       8

MD 592 Foundations of Clinical Medicine       11

BASIC SCIENCES



# SEMESTER I

### MD 111 Patient-Doctor Relations Part-I – 2 credits

This course is the first in a series of required two-credit courses providing medical students with a progressive introduction to the skills and attitudes that are requisite in becoming competent, compassionate physicians. In this first course, students will come to appreciate the essential nature of a complete history. They will understand how the vast majority of patient presentations can be diagnosed with the information available in a complete history. Students will gain experience in history taking and will gain expertise in musculoskeletal examinations.

### MD 122 Principles of Research and Evidence-Based Medicine – 2 credits

The student will have an opportunity to develop research skills related to Evidence-Based Medicine (EBM). Students will be introduced to concepts of research analysis and critical thinking. At the end of this course, the student will be able to identify and frame a clinical question based on therapy, diagnosis, prognosis or etiology; develop a focused search strategy to identify articles that best answer the clinical question; identify and use the appropriate medical database; and critically appraise articles for validity.

### MD 140 Histology & Cell Biology – 10 credits

This course examines the microanatomy of cells, tissues and organs. Lectures illustrate the microstructure of major tissues and organs in relation to their function. Laboratory exercises use the light microscope to study these components and make use of slides and electron micrographs for review and discussion. This lab-oriented course presents the molecular biology and histology of normal cells, tissues and organ systems at various developmental functional stages. Students will learn the unique characteristics of the four basic tissues of the body: epithelial tissue, connective tissue (including bone, cartilage and blood), muscle tissue and nervous tissue. Student will learn how individual cell functions interact with one another and how such interactions are accomplished from the tissue levels to the organ levels. The course introduces molecular and control systems, and the course prepares the student for future understanding of normal (homeostasis) system and pathological conditions. In addition, the student learns how molecular building blocks are utilized for growth and differentiation, wound healing and tissue repair, defense mechanisms and transfer of hereditary characters. (Lecture/Lab)

### MD 166 Developmental and Gross Anatomy – 16 credits

This course integrates gross human anatomy and medical embryology, allowing students to understand the relationship of embryological development to gross structure and the mechanisms of congenital abnormalities. Through lectures, use of human plastinated cadavers, evaluation of radiographs (including CT and MRI) and clinical correlations, students acquire a basic knowledge of the normal gross structure, functional and clinical anatomy of organs and systems of the adult human body, including the brain, spinal cord, back, thorax, abdomen, pelvis and perineum. The embryological aspects including Fertilization and placentation, development of each organ and system, from gametogenesis to birth, is discussed along with the gross anatomy. Clinical correlative sessions illustrate medically relevant normal and abnormal findings, and common congenital malformations are used to demonstrate mechanisms of teratogenesis. Computer-based tutorial programs and structured reviews are used to supplement the lectures and labs. (Lecture/Lab)

# SEMESTER II

### MD 236 Genetics – 6 credits

This course provides the student with an understanding of the principles and concepts upon which current clinical genetic practice (diagnosis, treatment and counseling) is based. This course covers the genetics of human populations and introduces recent and ongoing discoveries so that their future applications may be understood. It builds upon the foundation of basic material introduced in histology. (Lecture)
**Prerequisite:** Histology & Cell Biology

### MD 243 Biostatistics and Epidemiology – 4 credits

Students master basic descriptive and inferential tools to understand statistical evaluation of research. This course will help students learn how to conduct epidemiologic investigation, how to critically review medical literature and how to use such information in a clinical environment. Students acquire a basic level of proficiency in epidemiologic principals and understand how to apply epidemiology in clinical practice. (Lecture)

### MD 270 Biochemistry & Molecular Biology – 10 credits

The biochemical pathways of living organisms are studied to include the structure of biomolecular chemistry and an understanding of energy yielding processes and the transfer of genetic material. This course includes the study of the chemistry and reactions of constituents of living matter, including the carbohydrates, lipids, proteins, nucleic acids, vitamins, coenzymes and minerals; the chemistry and regulation of the reactions and processes of



whole organisms; endocrinology; enzymology; nutrition; intermediary metabolism and biochemical mechanisms in selected disease states. Theory and application of classical and emerging technologies in biochemical lab analysis will be covered. (Lecture/Lab)
**Prerequisite:** Histology & Cell Biology

### MD 282 Physiology – 12 credits
The principles of human physiology are first studied then followed by an intensive overview of human organ system physiology to include neural, muscular, cardiovascular, respiratory, endocrine, gastrointestinal and kidney physiological processes. The goals of this course are to enhance the student's ability to critically analyze the cell biology mechanisms governing the functions of each system and to utilize physiological concepts in problem solving. Small group and the hands on lab component of the course reinforce lecture material. (Lecture/Lab)
**Prerequisite:** Developmental and Gross Anatomy

## SEMESTER III

### MD 311 – Patient-Doctor Relations Part-II – 2 credits
Students will be introduced to physical examination skills in a systems-based format. Formal teaching of skills will be followed by the opportunity to practice and improve these skills in the Clinical Skills Center. Students will be evaluated using the objective structures clinical examination (OSCE) format.
**Prerequisites:** All first and second semester courses

### MD 332 Microbiology & Immunology – 12 credits
This course considers the characteristics and properties of microorganisms, their role in the disease processes and selected aspects of diagnosis and treatment of infectious disease. Other topics include the basic principles of bacteriology, mycology, parasitology, virology, immunology and microbial genetics, including cultural characteristics and pathogenic properties of medically important species of bacteria, fungi and viruses. This course covers the basic immunologic concepts of the cells and humoral products of the immune system. Lectures include the molecular biology and genetics of antigen recognition and immunoglobulin production plus the characteristics and detection of antigen-antibody reactions. The approach is to correlate these basic concepts with clinical manifestations of disease, the immunopathologic mechanisms of hypersensitivity, autoimmunity, transplantation, tumor immunology, hematology, reproduction, infectious diseases and immunodeficiency. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

### MD 369 Neuroscience – 9 credits
This course will include an interdisciplinary investigation of the physiology and the gross and microscopic structure of the brain, spinal cord and nervous system of humans. Aspects of brain energy metabolism, neurotransmitter synthesis and degradation, and psychopharmacology are presented. This course integrates anatomical and physiological material to assist the student in understanding common neurological disease processes. Laboratory exercises will provide slides and dissection of the human brain, spinal cord, and relevant structures. The student will be introduced to modern methods of neuroimaging, including CT scans and MRI. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

### MD 383 Behavioral Sciences & Ethics – 13 credits
Abnormalities in human functioning are examined and students are introduced to psychiatric evaluation, nomenclature and clinical writing, and how to conduct a mental status evaluation. The course provides an in-depth study of the DSM-IV-R psychiatric diagnostic categories. These range from childhood disorders through geriatric dementia. Epidemiology and pathogenesis, differential diagnosis, course and prognosis, along with current treatment strategies are presented. Additionally, students participate in case-based discussions of ethical dilemmas facing today's health care provider. Ethical analysis of moral reasoning is emphasized. Students are challenged to reflect on their personal values and moral obligations as physicians. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

### MD 300 Medical Spanish – 1 credit (Elective)
This course will provide the basic communication skills for the medical practice. Its focus will be the usual verbal exchanges that happen in the patient-doctor relation. Emphasis will be placed in the most common mistakes that have the potential to impair the compliance with treatment and the overall trust in the relation, while keeping the broad aim of the course in improving the understanding of basic Spanish in the medical setting. (Lecture)

## SEMESTER IV

### MD 411 Patient-Doctor Relations Part-III – 6 credits
Students will begin to integrate the clinical skills that were introduced in the earlier courses in this series. Students will revisit history-taking and physical examination and will have the opportunity to practice their communication skills with patients, colleagues and attending physicians. As with previous courses, objective structures clinical examination (OSCE) standards will be used to evaluate students. (Lecture/Lab)
**Prerequisites:** Behavioral Sciences & Ethics and Neuroscience

**SEMESTER IV-V**

### MD 468 Pharmacology – 12 credits

This course builds upon the students' understanding of pharmacology, providing practical experience of medical therapeutics in a case-based format. The fundamentals of pharmacokinetics and pharmaceutical preparations including drug actions and interactions are presented as well as adverse effects and pharmacological actions. The student must be able to understand the mechanism of action of common classes of medications and be able to evaluate basic pharmacological data. This course also includes all major classes of therapeutic medications used in clinical practice in the treatment of disease processes.

The clinical component will provide students with the necessary background to practice rational drug therapy as it applies to clinical practice. (Lecture)

### MD 482 Pathology I – 12 credits

This first section of a two-semester comprehensive curriculum is an introduction to the responses of cells, tissues and organs to major disease processes. Lectures and laboratory demonstrations will introduce students to definitions, etiology, gross and microscopic lesions, and pathogenesis. Emphasis is placed on basic concepts and principles of disease processes. (Lecture/Lab)
**Prerequisites:** Microbiology & Immunology

## SEMESTER V

### MD 552 Pathology II – 10 credits

This second part of the Pathology curriculum focuses primarily on systemic pathology and disease processes. In this course, emphasis is placed on relating pathophysiological and biochemical abnormalities of disease processes to clinical signs and symptoms of disease. Pulmonary, cardiac, gastrointestinal, endocrine, rheumatic, orthopedic, renal, neurological and hematology organ systems are covered. Knowledge and the understanding of the etiology and pathogenesis of diseases is gained through the intense examination of clinical cases, gross material, selected microscopic slides, clinical laboratory data and X-rays. (Lecture/Lab)
**Prerequisites:** All third and fourth semester courses

### MD 562 Clinical Therapeutics – 2 credits

This course builds upon the students' understanding of pharmacology, providing practical experience of medical therapeutics in a case-based format. The students, working individually and in teams, have the opportunity to participate in therapeutic decision-making in clinical cases, receive feedback regarding their decisions and benefit from discussions led by clinicians involved in the practical application of medical interventions in common disease states. This course is integrated with the other co-requisite courses to allow students to attain conceptual understanding of common medical conditions and provide them with the necessary skills and perspective for their transition to the clinical wards.
**Prerequisites:** All third and fourth semester courses

### MD 582 Introduction to Clinical Medicine – 8 credits

This team-taught course helps the student to prepare for hospital clerkships. Students will gain practical knowledge and experience in the diagnosis and treatment of patients. Following an integrated case-based curriculum, students will take histories and perform physical examinations on trained standardized patients. They will work individually and in teams to discuss differential diagnoses and investigation strategies and will use the information gained to formulate management and disposition plans. Throughout this course there is an emphasis on the need to listen and communicate effectively with colleagues, team members and, most importantly, the patients. The students will have an opportunity to spend time with the practicing physicians in a hospital/clinical setting. Students will be evaluated both formatively and by objective structured clinical examination (OSCE) standards. Practical knowledge, skills and abilities will be tested in an objective manner.
**Prerequisites:** All third and fourth semester courses

### MD 592 Foundations of Clinical Medicine – 11 credits

This course utilizes daily live lectures and other materials to provides a structured, integrated review of the basic sciences. An emphasis is placed on the understanding of disease processes and clinical problem solving. Students attend daily live lectures. Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated comprehensive exam.
**Prerequisites:** All third and fourth semester courses

# CLINICAL SCIENCES PROGRAM AND CLERKSHIP ROTATIONS

At the end of the fifth semester of Basic Sciences, students leave Grand Cayman to start clinical clerkship rotations. During the fifth semester, students participate in a Clinical Orientation where they receive information on available clerkships. Every effort is made to assign students to the hospital that best suits their qualifications, requirements, and desires.

Core rotations will be taken and completed in a teaching hospital.

**Third Year Core Rotations cover five specialties:**

| | |
|---|---|
| Internal Medicine | 12 weeks |
| Surgery | 12 weeks |
| Pediatrics | 6 weeks |
| Obstetrics & Gynecology | 6 weeks |
| Psychiatry | 6 weeks |

### Clinical Rotations

The Clinical Clerkship is an exciting and enriching aspect of medical training. It requires both determination and sacrifice. The Clinical Dean and staff will work closely with students to ensure they fully benefit from clinical rotations and prepare for successful residencies.

### Assignment policy

The Clinical Coordinator, with permission of the Dean and Associate Dean of Clinical Sciences, assigns clinical rotations. Students must receive a passing score on the USMLE Step One prior to commencing their third year clinical clerkships. Although St. Matthew's arranges and schedules the Core rotations, the selection and scheduling of the Electives is done by the student via an application that must be approved in advance by St. Matthew's University. Most students benefit by choosing electives in a variety of hospitals, particularly in hospitals or geographic locations where they hope to take residence training. Students receive a clinical clerkship packet before completing Basic Sciences. This information helps them prepare for clinicals and design their senior year by identifying Elective sites.

### Core Clerkship Exams

Each student is required to take The National Board of Medical Examiners (NBME) Core Clerkship Examinations. Testing in each of the Cores is conducted multiple times per year. There is an NBME examination for all Core Clinical Clerkships. Students are eligible to sit for any Core Examination following the completion of that Core. The Core Clerkship Examination should be taken at the first opportunity it is offered following the completion of the rotation. Students are not permitted to take an exam until they are within one week of completing a rotation or have completed the rotation. The Clinical Department arranges testing.

A student will not receive official transcript credit for a Core Rotation until the student receives a passing grade of 70% with the combined scores of the preceptor evaluation, daily log, NBME exam, and required weekly assignments. The grades from these components are combined for a final transcript grade.

### Clinical Rotation Objectives

The clinical program requires 72 weeks. The objectives of the Clinical Rotations are to:

- Expose students to a range of experiences that integrate information from various specialties
- Ground students in thorough basic and advanced clinical training to prepare them for residency training
- Encourage students to value learning as a life-long process



THIRD-YEAR CORE CLERKSHIP CURRICULUM

# THIRD-YEAR CORE CLERKSHIP CURRICULUM

**Surgery**
Students follow patients from surgical assessment, through preparation for surgery, the surgical process in the operating room, the intensive or immediate care of the patient in the recovery period, and follow-up care. Students engage in intensive pre-surgical preparation on each case, including the study of case histories, prior physical examinations and prior treatment, and diagnoses. Follow-up on post-surgical cases extends to learning about the support of family and friends, community resources, and the discharge process.

**Internal Medicine**
Students learn to conduct a thorough diagnostic work-up, including the history and physical examination with emphasis on detailed neurological evaluation of the patient and the design of treatment plans. Students gain sensitivity to dual diagnosing and differential diagnosing. Students participate in grand rounds, work individually with patients, and participate in the treatment plan. Additionally, seminars on selected topics by residents or preceptors are incorporated.

**Obstetrics/Gynecology**
Students are presented with all phases of patient care related to fertility concerns, pregnancy, labor, delivery and postpartum care. Students participate in family planning counseling, and learn to detect, diagnose and devise a treatment plan for gynecologic diseases. Normal and pathologic cases are observed, including normal and cesarean deliveries.

**Pediatrics**
Students learn to develop rapport with young patients and diagnose, develop and carry out a treatment plan for infants, children and adolescents. Students gain a greater sensitivity to the interdependence between the patient and the parent and learn how to interact with each to promote treatment and recovery.

**Psychiatry**
Students learn to diagnose mental disorders. Emphasis is placed on taking a psychiatric history and mental status, as well as making differential diagnoses. Students are introduced to a variety of therapies for treatment of psychiatric disorders.

During the fourth year, the student chooses Electives. These clerkship rotations include most specialties, including specialties from the Core rotations. Students take Electives in blocks, typically of four or six weeks for a total of 30 weeks of Electives. All students are required to complete four weeks of a primary care elective.

# FOURTH-YEAR ELECTIVES

## Fourth-Year Elective Clerkships
There are 23 recommended elective Clerkships:
- Allergy and Immunology
- Anesthesiology
- Cardiology
- Community Health Care
- Critical Care
- Dermatology
- Emergency Medicine
- Endocrinology
- Family Medicine
- Gastroenterology
- Gerontology
- Hematology
- Infectious Disease
- Nephrology
- Neurology
- Oncology
- Ophthalmology
- Pathology
- Preventive Medicine
- Pulmonary Disease
- Radiology
- Rheumatology
- Urology

All students are required to complete four weeks of a primary care elective.

## APPROVED ROTATIONS

Students do not receive credit unless the University approves and certifies all Electives. With permission from the Dean, students may complete Electives in conjunction with the Core. A student can take additional hours in any Core as Electives. For example, 16 weeks of surgery might represent 12 weeks of Core credit and four weeks of Electives credit. Any student who secures a rotation in a hospital that is not affiliated with St. Matthew's University must have permission from the Dean of Clinical Sciences. If approval is not granted in advance, the unapproved rotation will not earn credit from St. Matthew's University.

## EXPENSES RELATED TO ROTATIONS

Students who attend Core rotations in the U.S. may be required to make at least two moves to complete the five Cores. Students need to plan on transportation and housing expenses at each location.

Students who participate in clinical rotations must purchase medical liability insurance.

Additional charges may be due if students choose elective rotations with costs exceeding the standard St. Matthew's University subsidy rate.  Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).



## BOARD OF TRUSTEES

Chairman
John P. Docherty, M.D.

John Crocker
W. Christopher Croley, M.D.
Bernard Raxlen, M.D.

The distinguished members of this Board of Trustees are assigned the responsibility to ensure that the rules and regulations of the University meet the highest level of propriety, that they achieve their purpose, and that they protect the institution from influences which hinder its academic goals. They also ensure that members of the faculty are qualified for appointment and they are able competently to perform their function without distraction.

The Board also shall exercise supervision of the needs of the student body and recommend steps to make provisions for the welfare of students and the successful pursuit of their studies.

The University takes this measure to provide supervisory machinery independent of management. The contribution of the Board reinforces our commitment to ensure that the doctors we graduate are completely prepared and sensitive to the needs of the vulnerable. The University therefore publicly records its sincerest gratitude to the members of the Board of Trustees who so willingly agreed to join in this endeavor.

St. Matthews's University (Cayman) LTD., Corp. is registered with the Florida Department of State as a foreign profit corporation doing business as St. Matthew's University School of Medicine.

## ADMINISTRATION

Chancellor
John Marvin, M.B.A.

Chief Academic Officer
Maurice Clifton, M.D.,M.S. Ed, M.B.A.

Dean of Clinical Science



David R. Salter, M.D.

Dean of Basic Sciences



Amitabha Basu, M.B.B.S., M.D.

Associate Dean of Student Affairs, Basic Sciences



Xenia Sotiriou, Ph.D.

Associate Dean of Clinical Students
Terrence Reid, Ed.D.

Associate Dean of Clinical Sciences
Mark Doherty, Ph.D.

Chief Financial Officer
Terry Moya

Director of Admissions
Adriana Marin-Negron

Director of Information Technology
Ripley Miller

Registrar
Gloria Miranda-Avila



FACULTY

## Basic Science Faculty
### Anatomy



Bolgova,Olena, M.D., Ph.D.
Professor of Anatomy
M.D., Lugansk StateMedical University Ukraine
Ph.D., Kharkov StateMedical University Ukraine
Date of appointment: October 2007



Rao, Seetharama, Ph.D.
Professor of Anatomy
Ph.D., Mangalore University
Date of appointment: November 2008

### Histology and Cell Biology



Rao, K Anup, M.B.B.S., M.D.
Assistant Professor of Histology
M.B.B.S, Father Muller College
M.D., Kasturba Medical College
Date of Appointment: October 2014



Ochoa-Vargas, Gerardo , M.D.
Associate Professor of Histology
M.D., National Autonomous University of Mexico
Date of appointment: February 2008

### Neuroscience



Mavrych, Volodymyr, M.D., Ph.D.
Professor of Anatomy and Neuroscience
M.D., Lugansk State Medical University, Ukraine
Ph.D., Crimea State Medical University, Ukraine
Date of appointment: October 2007

### Biochemistry and Genetics



Peela, Jadannadharoo, M.B.B.S., M.D.
Associate Professor in Medical Genetics
M.D.(Biochemistry), Andhra Medical College
M.B.B.S, Andhra Medical College
Date of appointment: January 2012



Rawal, Avinash K., Ph.D.
Professor of Biochemistry
Ph.D., Nagpur University
Date of appointment: September 2011

### Microbiology and Immunology



Nayak, Narendra P., M.B.B.S., M.D.
Associate Professor of Microbiology and Immunology
M.B.B.S, Vijayanagar Institute of Medical Sciences
M.D., Lokamanya Tilak Municipal Medical College
Date of appointment: September 2017

FACULTY



Maroun, Leonard E., Ph.D.
Professor of Microbiology and Immunology
Ph.D., Catholic University of America
Date of appointment: January 2009

**Pathology**



Basu, Amitabha, M.B.B.S., M.D.
Professor of Pathology
M.B.B.S., Burdwan Medical College
M.D., Kasturba Medical College
Date of appointment: July 2006



Biswas, Survakusam, M.B.B.S., M.D.
Associate Professor of Pathology
M.B.B.S., Calcutta University
M.D., Delhi University
Date of appointment: April 2012

**Pharmacology**



D'Silva, Caron S.M.,  M.B.B.S, M.D.
Assistant Professor of Pharmacology, and
Biostatistics and Epidemiology
M.D.(Pharmacology)- Kasturba Medical College
M.B.B.S., Fr. Muller Medical College
Date of appointment: January 2017



Biswas Pritam, M.B.B.S., M.D.
Assistant Professor of Pharmacology
M.D., M. S. Ramaiah Medical College
M.B.B.S., Dr.B.R.Ambedkar Medical College
Date of appointment: January 2019

**Physiology**



Barke, Prajna, M.B.B.S., M.D.
Professor of Physiology
M.B.B.S., Kasturba MedicalCollege
M.D., Kasturba Medical College
Date of appointment: May 2006



Jiji Kooriyil, Aravindakshan M.B.B.S.M.D.
Assistant  Professor of Physiology and Pathology
 M.B.B.S., M.D. (Physiology) Sree Siddartha Medical
College and Research Foundation
Date of Appointment: February 2014

**Behavioral Science and Ethics**



Gabriel Andrade, Ph.D.
Assistant Professor of Behavioral Science and Ethics
Ph.D., University of Zulia (Venezuela)
Date of appointment: December 2018



Sotiriou, Xenia, Ph.D.
Associate Professor of Behavioral Science and Ethics
Ph.D., University of Manchester
Date of appointment: March 2008

**Preclinical Sciences**



Aurelio, Maribel, M.D.
Assistant Professor of Preclinical Sciences
M.D., College of Medicine, University of the Philippines
(Manila)
Date of appointment: July 2008



Jha, G., M.B.B.S., M.S. (Surgery)
Associate Professor of Preclinical Sciences
Master of Surgery (M.S.), Rajasthan University
M.B.B.S., Rajasthan University, Jaipur, India
Date of appointment: June 2003



Johnson, Suzanne, M.D.
Associate Professor
M.D., Dalhousie University

**FACULTY**

## Clinical Department Chiefs

David Salter, M.D.
Professor and Chief, Department of Surgery
Board Certified – Surgery
Subspecialty Certified – Cardiovascular and Thoracic
Surgery
University of Toronto

Tah-Hsiung Hsu, M.D., F.A.C.P.
Professor and Chief, Department of Internal Medicine
Board Certified – American Board of Internal Medicine
Subspecialty Certificates – Endocrinology and Metabolism
University of Alabama Medical College

Josef Blankstein, M.D.
Professor and Chief, Department of Obstetrics and
Gynecology
Board Certified – American Board of Obstetrics and
Gynecology

Adler, David, M.D.
Professor & Chief, Department of Psychiatry Universitat
Basel
American Board – Psychiatry & Neurology

Mohammad A. Mir, M.D., F.A.A.P.
Professor and Chief, Department of Pediatrics
Board Certified – American Board of Pediatrics
Universidad CETEC Santo Domingo

Ihab Aziz, M.D., ABFM, FAAFP
Professor and Chief, Department of Family Medicine
Board Certified – American Board of Family Medicine

## Clinical Faculty and Preceptors

Agard, Tanya, M.D.
Associate ProfessorPennsylvania State University College of
Medicine American Board —Family Medicine

Ahmad, Beena, M.D.
Associate Professor
Sind Medical College
American Board —Internal Medicine

Atallah, Osama, M.D.
Associate Professor
The University of Teas-Southwestern Medical
School American Board —Colon & Rectal Surgery

Alabi, Fortune, M.D.
Assistant Professor
University of Ilorin Medical School
American Board —Internal Medicine

Ali, Syed, M.D.
Assistant Professor
Dow Medical College
American Board —Cardiology



FACULTY

Al-Mali, Ahmad M.D.
Assistant Professor
Alexandria University
American Board —Obstetrics & Gynecology

Allen, Luis
Assistant Professor
Universidad De Montemorelos, Escuela De
Medicina American Board —Psychiatry & Neurology

Atluri, Sridhar, M.D.
Assistant Professor
Andhra Medical College, Ntr University of Health
Sciences
American Board —Internal Medicine

Bancroft, Laura, M.D.
Professor
University of Missouri
American Board —Radiology

Berger, Paul, M.D.
Assistant Professor
Ross University School of Medicine
American Board —Pediatrics

Bernstein, Raymond, M.D.
Assistant Professor
Finch University of Health Sciences/Chicago Medical
School
American Board —Obstetrics & Gynecology

Brateanu, Andrei, M.D.
Assistant Professor
Universitatea De Medicina Si Farmacie Grigore T Popa
American Board —Internal Medicine

Britton, Mark, M.D.
Assistant Professor
Wayne State University
American Board —Internal Medicine

Cabrera, Alicia, M.D.
Assistant Professor
Instituto Superior De Ciencias Medicas De La Habana
American Board —Neurology

Cardenas-Ayala, Jose, M.D.
Assistant Professor
Universidad Central De Venezuela--Luis Razetti
American Board —Obstetrics & Gynecology

Chen, Alicia, M.D.
Assistant Professor
Tufts University School of Medicine
American Board —Internal Medicine

Cohen, Daniel, M.D.
Associate Professor
McGill University
American Board - Urology

Cristomo, Ricardo, M.D.
Assistant Professor
Universidade Federal Da Bahia
American Board – Internal Medicine/Medical Oncology

Davis-Reiley, May
Assistant Professor
Howard University
American Board - Surgery

Desai, Vivek, M.B., B.S.
Associate Professor
Government Medical College
American Board - Pediatrics

Desamour, Junias, M.D.
Assistant Professor
University Of Miami School Of Medicine
American Board —Internal Medicine

Diaz, Juan, D.O.
Assistant Professor
Des Moines Univserity
American Board —Internal Medicine

Dobradin, Andrew, M.D., Ph.D.
Assistant Professor
Jagiellonian University Medical College
American Board —Surgery

Dohn, Henry, M.D.
Associate Professor
Medical College of Georgia School of Medicine
American Board - Psychiatry

Dorfman, Stanley, M.D.
Assistant Professor
Wayne State University School of Medicine
American Board —Obstetrics & Gynecology

Dumbacher, Perri, M.D.
Assistant Professor

University of California, San Diego
American Board —Family Medicine

Dy, Norman, M.D.
Assistant Professor
Stanford University School of Medicine
American Board —Internal Medicine

East, Miriam, M.D.
Assistant Professor
University of Zimbabwe Huggins School of Medicine
American Board —Obstetrics & Gynecology

Flores, Dionisio C., M.D.
Assistant Professor
University of Santo Tomas
American Board —Internal Medicine

Flurry, Robert, M.D.
Assistant Professor
University of Alabama School of Medicine
American Board —Family Practice

Gadalean, Florin, M.D.
Assistant Professor
Institue of Medicine and Pharmacy of Romania
American Board —Internal Medicine

Gray, Kris D., M.D.
Assistant Professor
Loma Linda University School of Medicine
American Board—Family Practice

Gonzalez, Jorge, M.D.
Assistant Professor
Ponce School of Medicine
American Board—Plastic Surgery

Griggs, Adam, D.O.
Assistant Professor
New York College of Osteopathic Medicine
American Board—Internal Medicine

Halili, Francisco R., M.D.
Associate Professor
University of Miami School of Medicine
American Board—Surgery

Johnson, Kimberly, M.D.
Assistant Professor
The Ohio State University College of Medicine
American Board—Psychiatry & Neurology

Keating, Michael, M.D.
Associate Professor
The Medical College of Ohio at Toledo
American Board—Urology

Krumins, Kenneth, M.D.
Assistant Professor
The Medical College of Pennsylvania
American Board—Orthopaedic Surgery

Kuehl, Sapna, M.D.
Assistant Professor
University of Maryland School of Medicine
American Board—Internal Medicine

Lawrence, George, M.D.
Professor
Tufts University School of Medicine
American Board—Internal Medicine

Lama, Mazimo, M.D.
Assistant Professor
Institute Technologic de Santo Domingo
American Board—Internal Medicine

Layish, Daniel, M.D.
Assistant Professor
Boston University School of Medicine
American Board—Internal Medicine

Lewis, Gideon, M.D.
Associate Professor
Loma Linda University School of Medicine
American Board—Family Medicine

Mahan, Thomas, M.D.
Assistant Professor
University of Maryland School of Medicine
American Board—Surgery

Mamsa, Abdul, M.D.
Professor
Dow Medical College
American Board—Psychiatry & Neurology

Manco, Miguel, M.D.
Assistant Professor
Cebu Institute of Medicine
American Board—Anesthesiology

Mech, Karl, M.D.
Associate Professor
University of Maryland School of Medicine
American Board—Surgery

Mohiuddin, Muhamman, M.D.
Associate Professor
Dow Medical College
American Board—Internal Medicine

Montgomery, Shirley, M.D.
Assistant Professor
University of Illinois College of Medicine
Chicago American Board—Pediatrics

Murthy, Bangolare, M.D.
Assistant Professor
Medical College Mysore,
American Board—Internal Medicine

Nash, Alfred, M.D.
Assistant Professor
University of Colorado School of Medicine
American Board—Family Medicine

Neil Jr., Terry, M.D.
Assistant Professor
University Of Birmingham
American Board—Neurology

Neumann, Christopher, M.D.
Assistant Professor
University of Illinois College of Medicine Chicago
American Board—Neurological Surgery

Oppenheim, Ronald, M.D.
Assistant Professor
University of Cincinnati, College of Medicine
American Board—Psychiatry & Neurology

Padmanabhan, "Dan" Mukundan, M.D. Assistant
Professor
University of Madras, Kilpauk Medical College
Board Certified—Family Practice and Pediatrics

Patterson, James, M.D.
Associate Professor
Georgetown University School of Medicine
American Board—Obstetrics & Gynecology

Phillips, Preston, M.D.
Assistant Professor
Harvard Medical School
American Board—Orthopedic Surgery

Ramirez, Antonio, M.D.
Assistant Professor
Southeast University Medical College
American Board—Surgery

Rashid, Navid, M.D.
Assistant Professor
George Washington University School of
Medicine American Board—Psychiatry

FACULTY



Ravakhah, Keyvan, M.D.
Assistant Professor
Ankara Universitesi, Tip Fakultesi
American Board —Internal Medicine

Ravi, Bala K., M.D.
Associate Professor
Andhra Medical College, University of Health Sciences
American Board —Obstetrics & Gynecology

Reddy, Sanjay, M.D.
Assistant Professor
University of Miami School of Medicine
American Board —Internal Medicine/Gastroenterology

Rehman, Arshad, M.D.
Assistant Professor
Nishtar Medical College
American Board —Internal Medicine

Ripps, Barry, M.D.
Assistant Professor
University of Alabama School of Medicine
American Board - Obstetrics & Gynecology

Robinson, David, M.D.
Assistant Professor
University Of Kansas
American Board - - Internal Medicine/Oncology

Rodriguez, Jose, M.D.
Assistant Professor
University of Puerto Rico
American Board —Obstetrics & Gynecology

Shah, Ashit, M.B., B.S.
Assistant Professor
Columbia U/newark Beth Israel Med Center
American Board —Radiology

Shahin, Fuad, M.D.
Assistant Professor
University Of Aleppo
American Board —Surgery

Shao, Xiaoping, M.D.
Assistant Professor
Second Shanghai Med College Shanghai
American Board —Psychiatry

Shazad, Khurram M.D.
Assistant Professor
University of Peshawar
American Board —Cardiology

Smith, Douglas, M.D.
Associate Professor
University of Maryland School of Medicine
American Board —Psychiatry

Snow, Karen, M.D.
Assistant Professor
University of Alabama School of Medicine
American Board —Family Practice

Soremi, Oludapo, M.D.
Assistant Professor
Universidad Central Del Este
American Board - Pediatrics

Spitzer, Margo F., M.D.
Assistant Professor
Albert Einstein College of Medicine
American Board —Psychiatry

Tabrez, Shams, M.D.
Assistant Professor
Rawalpindi General Hospital
American Board —Gastroenterology

Tasse, James, M.D.
Assistant Professor
Saint Louis University School of Medicine
American Board —Surgery

Torres, Joseph, M.D.
Associate Professor
Universidad Catol Madre Y Maestra
American Board —Family Medicine

Turner, Philip, M.D.
Assistant Professor
The University of Tennessee College of Medicine
at Memphis
American Board - Orthopaedic Surgery

Umeh, Fred, M.D.
Assistant Professor
Osmania Medical College
American Board —Internal Medicine

Vangala, Vidyasagar, M.D.
Assistant Professor
Osmania Medical College
American Board —Psychiatry & Neurology

Vargish, Thomas, M.D.
Professor
New York University School of Medicine American
Board —Surgery

Warikoo, Jyoti, M.D.
Assistant Professor
Sri Devaraj Urs Medical College
American Board —Psychiatry

Williams III, Richard Bland, M.D.
Professor
University of Virginia
American Board —Internal Medicine

Wolff, Corey, M.D.
Professor
University of Tennessee College of Medicine
American Board - Pediatrics

Zarraga, Marc, M.D.
Assistant Professor
University of Santo Tomas
American Board —Internal Medicine

Zigel, Carlos, M.D.
Assistant Professor
Universidad Central Del Este
American Board —Internal Medicine

Zun, Leslie, M.D.
Assistant Professor
Rush Medical College of Rush University
American Board —Emergency Medicine

# STANDARDS FOR PERFORMANCE

### Registration

Students must be registered and enrolled at all times unless they have received written approval for a "Leave of Absence." Students may take only up to a total of two leaves of absence during their entire career at SMU, and only after receiving written approval from the Dean of Basic Science (for Basic Sciences students) or the Dean of Clinical Science (for Clinical students). Granting a leave of absence is the Dean's prerogative, but no more than a total of two will be allowed for any student. No leaves of absence will be granted after a student has completed all Basic Sciences and Clinical coursework. If a student fails to enroll, his/her status will become "Withdrawn" and he/she must apply for readmission. Students will not automatically be considered enrolled. Possible student status includes only: Basic Sciences (semester noted), Clinical Science (semester noted), Approved Leave of Absence (up to two semesters total), Pending Graduation, Withdrawn, Dismissed, Alumni, or Deceased.

### The Registration process is as follows:

Registration will begin online (www.smuonline.com) approximately 6 weeks prior to the beginning of the upcoming semester. All new and returning Basic Sciences students register at this time. Transfer students and students who have failed courses must correspond with the Dean prior to registering.

The Registrar will coordinate with the Deans for course approval and the Associate Deans of Student Affairs to ensure that all rosters are correct.

The Registrar will verify class attendance to Student Accounts so that Financial Aid monies can be released to students. All students must be registered by the end of each semester's registration period.

### Registration for Clinical Science students is a two-part process:

1. The student electronically accepts the e-RAF issued by the Clinical Coordinator or returns a signed National Board RAF or Leave of Absence form to the Clinical Coordinator.
2. The student must complete online registration for each Clinical semester, National Board semester or Leave of Absence.

Any student who fails to comply with these registration procedures will not be admitted into classes for the new semester (Basic Sciences) and/or (for Clinical students) will not receive credit for a core or elective rotation. Any student who is in a rotation and has not followed required registration procedures will be removed from that rotation. No credit will be given.

### Student Performance

Student performance is determined on the basis of achievement of each prescribed course or clinical clerkship objective. Students must achieve a passing level established by the faculty of each course or clinical clerkship rotation to earn promotion from semester to semester. Performance is recorded as Honors, High Pass, Pass, or Fail. The faculty evaluates each student's cognitive knowledge, problem-solving, clinical competence, personal and professional maturity, interpersonal and communication skills, and technical skills.

Graduates who intend to practice medicine in the U.S. must earn ECFMG Certification. ECFMG Certification requires successful completion of the USMLE parts 1 and 2CK and 2CS. Students who intend to practice medicine outside of the U.S. must meet the licensing requirements of the country in which they want to practice.

### Probation

A student who receives an unsatisfactory grade in a single course or clerkship maybe placed on academic or clinical probation. Probation usually does not affect attendance in subsequent courses or clerkships, though graduation could be delayed.

### Failing a Course

Failed courses are listed on the transcript. When the course is repeated, it is listed a second time along with the grade received. Any Basic Science student who receives unsatisfactory grades for a combined total of 21 semester credit will be dismissed. Any student who does not pass a course by the second attempt will be eligible for academic dismissal. Any student who receives a failing grade while on academic probation will be eligible for dismissal.

### Attendance

Basic Sciences classes at SMU are small and interaction between students and teachers is encouraged. Students are expected to attend all class sessions. The mandatory 80% attendance policy is strictly enforced. If a student misses more than 20% of the scheduled class time, the student will fail that course regardless of academic performance.

### Incomplete and Withdrawal Policies

To receive an "Incomplete" for a course requires the approval of both the professor of that course and the written approval of the Dean of Basic or Clinical Sciences. Withdrawal from a course is permitted under some circumstances, which are described in the Student Handbook.

### Official Leaves of Absence

The Dean of Basic or Clinical Sciences will consider all requests for an Official Leave of Absence by students who:

- Experience financial hardship and need to take time off to raise funds for their education
- Suffer an illness or injury, or have a family member who suffers an illness or injury that requires the student's presence
- Need limited time off to take advantage of an educational opportunity to travel, conduct research, or attend classes elsewhere

Only two leaves of absence may be granted. Each request is subject to the approval of the Dean of Basic or Clinical Sciences. The Dean decides whether a semester away is likely to allow the student to resolve a situation, and whether the student's performance and behavior suggest a reasonable chance of success upon his/her return. Students who are not granted official leaves may apply for readmission when ready to resume their education. Students may be required to begin paying any outstanding debt to SMU if they fail to enroll for the next semester or take an unapproved leave.

### Grievance and Appeals Process

Students seeking to resolve problems or complaints should first contact the appropriate instructor or clinical administrator. Students have the right to file a grievance or appeal a decision of the university. There are due process protections in place when there is the possibility of the university's taking an adverse action against a medical student for academic or professionalism reasons. Students should refer to the Student Handbook for more detailed information and instructions regarding grievance and appeal processes.

# GRADUATION, ECFMG CERTIFICATION, AND LICENSURE

### Graduation Requirements

Students must successfully complete:

- All Basic Sciences courses, with passing grades for each course
- 42 weeks of third year core clinical rotations, with passing grades for each rotation
- National Board of Medical Examiners (NBME) Core Clerkship examinations
- All clinical rotation patient log books
- 30 weeks of fourth year elective rotations, with passing grades for each rotation
- SMU must receive a satisfactory evaluation from each preceptor for credit of a rotation to be awarded
- Passing scores on the United States Medical Licensing Exam (USMLE) Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills
- Intent to Graduate Form
- Graduation Fee of U.S. $500
- Clear balance with Student Accounts
- Pre-Graduation Questionnaire

### ECFMG Certification

Graduates who wish to enter a residency or fellowship program accredited by the Accreditation Council for Graduate Medical Education (ACGME) must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG) before they can enter the program. They must also be certified by ECFMG if they wish to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). ECFMG Certification is also one of the requirements to obtain a license to practice medicine in the United States.

The purpose of ECFMG Certification is to assess the readiness of graduates from international medical schools to enter U.S. residency and fellowship programs that are accredited by the ACGME. To be certified by ECFMG, you must pass a series of exams; you must also fulfill ECFMG medical education credential requirements. These requirements include providing ECFMG with copies of your medical diploma and your final medical school transcript (from a WHO listed school), which ECFMG will verify directly with the medical school. Please visit this site for updates and additional information: **http://www.ecfmg.org.**

SMU graduates participate in the National Resident Matching Program (NRMP) along with U.S. Medical graduates through the Electronic Residency Application Service (ERAS). Please visit this site for more information: **http://www.ecfmg.org**.

### Licensure

St. Matthew's University School of Medicine prepares its students for the practice of medicine. Students should familiarize themselves with the licensure and certification requirements of the jurisdiction(s) in which they may wish to practice. All students are required to sit for and pass Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills United States Medical Licensing Exams (USMLE), regardless of whether they intend to practice in the United States. In accordance with the School's regulatory and accrediting requirements, all students are futher required to report their USMLE scores to the School, provide a consent allowing ECFMG to report their scores to the School, and provide a consent allowing the School to report their scores to the School's regulatory and accrediting bodies.

## Standards of Professional Behavior and Academic Honesty

### Basic Science Dress Code

As part of the student's training as a future physician, St. Matthew's University has established a culture and environment based on professional presentation and conduct. Consistent with its training objectives, the University has established a standard dress code for all Basic Science students. This policy is designed to create a sense of professional decorum and respect between members of the University community, as well as to actively maintain a professional appearance within the community at large. Throughout the class day and during specific University events, students are required to wear white shirts with standard white collars and tan or khaki colored pants hemmed to the appropriate length. Knee-length or longer pants are acceptable. Female students have the option of wearing tan or khaki colored skirts of a tasteful length appropriate to a professional environment. Violations of the dress code are handled through the Office of the Associate Dean of Student Affairs.

### Student Conduct, Academic Honesty, and Disciplinary Procedures

Each student is expected to behave in a manner consistent with the University's mission as an educational institution. Behaviors judged unprofessional, unethical, dishonest, illegal, threatening or dangerous may be considered examples of misconduct. Specific examples of violations that fall under the purview of the University's disciplinary policies can be found in the Student Handbook. Also included in the Student Handbook are Guidelines for Academic Honesty. The University expects all students to engage in academic pursuits in a manner that is above reproach. Students are expected to maintain complete honesty and integrity in the academic experiences both in and outside the classroom. Any student found guilty of dishonesty in any phase of academic work will be subject to disciplinary action. Specific definitions and policies regarding cheating, plagiarism, unauthorized collusion, and abuse of resource materials can be found in the Student Handbook.

Disciplinary referrals are handled by the Associate Dean of Student Affairs. The Dean will conduct an initial investigation and may then administer the necessary remedies or refer the case to the University's Disciplinary Committee for more extensive investigation and a judicial hearing. When it is determined that a disciplinary violation has occurred, the committee can recommend remedies ranging from a verbal or written warning to suspension or dismissal from the University. Procedures and policies regarding the administration of disciplinary hearings and associated remedies can be found in the Student Handbook.



CENTER FOR LEARNING ENHANCEMENT

### Anti-Hazing Policy
St. Matthew's University students shall not engage in hazing in any form. Information on any violations of SMU's anti-hazing policy should be reported immediately to the Associate Dean of Student Affairs. Confirmed instances will be subject to disciplinary action which could be as severe as dismissal from the University.

## CENTER FOR LEARNING ENHANCEMENT

At St. Matthew's University, we are as committed to your dream as you are. Our faculty and staff do everything possible to maximize your opportunity to succeed academically.

To that end, we have developed SMU's Center for Learning Enhancement (CLE). This center is a set of services that is integrated with and integral to the overall program for learning at SMU. The CLE's mission is to assist and encourage medical students to develop their academic and personal skills to foster greater academic success. These goals are accomplished through services of the CLE which include Faculty Reviews and Tutoring, Teaching Assistants, Peer Tutoring, Academic Development Workshops, and our Student Development Course. Qualified counselors also serve as Academic Advisors to offer individual help on request.

### Faculty Reviews and Tutoring
For the Basic Science courses, the faculty offer general review sessions outside of normal class times. These sessions, available to any and all SMU students, review the key points covered in the course.

Basic Science faculty also offer small group tutoring sessions, which provide practice exam questions and other practical techniques including improving students' test-taking skills. Finally, after each exam, faculty schedule one-on-one time to review test questions with students. Students with poor exam results are expected to schedule additional time with faculty to review the areas where the individual student struggled with the material.

The faculty member who teaches the course is the first person to whom a student should turn for help, but other resources are available through the Office of Student Affairs' Center for Learning Enhancement.

### Teaching Assistants
At SMU we recognize the value of peer-assisted learning. Teaching Assistants are upper-semester Basic Science students who have demonstrated an excellent knowledge of course material. They are provided by the University at no cost to the student. They schedule group sessions in which they review practice questions which are provided by professors, as well as other materials to support the student's

understanding of course material. They also suggest learning strategies that have worked well for them in a given course.

### Individual Peer Tutors
Students who have excelled in given courses are invited by the University to serve as individual peer tutors. These students are available for individual help in each course. The Office of Student Affairs arranges for tutors on request from students, but fees and meeting schedules are arranged between the tutor and the student.

### Academic Advisors in the Office of Student Affairs
Academic advisors are also available to offer general assistance to students with the following:
- Organization of course materials
- Time management
- How to study for and take multiple choice exams
- Reading for retention
- Stress management strategies
- Listening for Learning: How to maintain good attention in lectures
- Assessment of academic strengths and weaknesses with specific recommendations for remediation as indicated

Students can make an appointment for help in any of these areas, or for personal counseling.

### Student Development Course
St. Matthew's University School of Medicine offers a 5-week course that guides all 1st semester students through skill-building and competency-enhancement practical sessions. This Student Development Course gives each student the basic elements required to be academically and professionally successful. For example, the SDC covers the following important areas:

- Interpersonal communication skills for medical professionals
- Developing Study Skill Competency in Medical Education
- Creating an Effective Study Schedule
- Peer Support & Study Groups
- Note Taking and Concept Mapping
- Examination Strategies & Preparation
- Stress Management & Healthy Living

### Academic Development Workshops
All students interested in improving their academic performance may participate in Academic Development Workshops. These workshops focus on key skills required to be academically and professionally successful, including:

- Developing Study Skill Competency in Medical Education
- Peer Support & Study Groups
- Examination Strategies & Preparation
- Creating an Effective Study Schedule
- Note-Taking and Concept Mapping
- Stress Management & Healthy Living

# Student Services

## New Student Orientation

Each new class and all transfer students are scheduled for orientation, course registration, and advising activities just prior to the first day of classes. The Offices of the Associate Dean of Student Affairs and Dean of Basic Sciences collaborate with faculty, staff, and returning students to facilitate the introduction of new students to St. Matthew's administrators, faculty, teaching and learning philosophies, programs, policies, and procedures. Members of the student government introduce new students to life on campus and are available to answer questions about the St. Matthew's experience.

## Academic Assistance, Guidance, and Counseling

The Associate Dean of Student Affairs works closely with the Dean of Basic Sciences as well as with faculty to provide support to students experiencing academic and/or personal difficulties. Short-term counseling, crisis counseling and general counseling relating to academic difficulties is available with the Associate Dean of Student Affairs. If longer-term counseling and support is required, referrals can be made to professionals in the community. Academic counseling, including test-taking skills, time management skills and study skills can also be initiated. The Associate Dean of Student Affairs also serves as a liaison between the Student Government Association (SGA) and the St. Matthew's University administration.

## Information Technology

St. Matthew's utilizes high-speed networking to aid in the delivery of classroom and study materials. To ensure a smooth user experience, students are required to own laptop or notebook computers during their entire time with SMU.

## Campus Housing

Even though Grand Cayman is a wonderful place to live, moving to a new country can be stressful. "Where am I going to live?" is one of the most frequently asked questions from prospective students. For a smooth transition to the island, St. Matthew's provides living space in the Residence Hall and for all incoming students. Only two miles from the campus on the Seven Mile Beach area, the Residence Hall offers single and double rooms. Prices include all utilities, high-speed internet connection, cable, and weekly maid service. A refrigerator and microwave are provided in each room and a fully-stocked kitchen and laundry room are available onsite. The Residence Hall server, linked to the campus, gives you immediate and convenient access to campus resources such as faculty lectures and the virtual library. The dedicated Residence Hall staff is available to you for information twelve hours every day. Located adjacent to a shopping center and a large, U.S. style supermarket, the Hall offers ease of living. During your first four months on Grand Cayman, you will

have time to explore the island, find out where you want to live and prepare to move into your own apartment or remain in the Residence Hall. This will allow you to secure living arrangements with a realistic knowledge of the island. Living in SMU-approved housing is mandatory for the initial semester for all new students for these reasons. Please do not hesitate to contact the Residence Hall Coordinator with any questions or concerns. A Residence Hall Agreement will be sent to all accepted students. This document includes rules, policies, room options, and a Frequently Asked Questions (FAQ) section. Students are required to submit a U.S. $1,500 room deposit at the same time as their acceptance seat deposit and letter of intent. This room deposit will also serve as a security deposit, which will be returned to the student upon leaving the Hall (assuming there are no damages to the room). Fees are subject to change.

**Residence Hall fees per semester are as follows** (effective Fall 2019):

**Single Standard Room** (220sqft) U.S. $4,950 per semester
**Standard Suite** – Single Occupancy U.S. $5,690 per person, per semester
**Standard Suite** – Double Occupancy U.S. $3,430 per person, per semester

**Deluxe Suite** – Single Occupancy   U.S. $6,095 per semester
**Deluxe Suite** – Double Occupancy  U.S. $3,750 per person, per semester

## Off Campus Housing

The housing market on Grand Cayman is strong and presents many opportunities for student tenants to find homes. Most rental units come furnished (i.e., stocked with standard hard and soft furnishings, such as beds, tables, appliances, couches, window dressings, etc.) or fully furnished (i.e., everything but your own clothes and personal belongings is included). Utility costs (e.g., for electricity, water, etc.) are expensive compared to U.S. standards. Rental rates are generally highest in the Seven Mile Beach, George Town and South Sound areas. Security deposits are common and usually equal one month's rent, so be sure to figure this into your budget.
Housing can become somewhat more difficult to find if you have young children or pets living with you or if you prefer to smoke inside. Landlords and property managers have the right to refuse to rent to you for these reasons. Fortunately, off-campus housing advice and support is available to all St. Matthew's University students.

## Recreation

Numerous recreational and sporting opportunities are available for St. Matthew's students. SMU has corporate memberships at local gyms that students may access. Seven Mile Beach is only steps away from the campus and several golf courses, cycling and running areas are nearby. Many local sports leagues are open to students. Significant discounts are often available for SMU students on recreational activities, dining, and shopping.

STUDENT GOVERNMENT AND ORGANIZATIONS

# HEALTH AND IMMUNIZATION INFORMATION

### Health Certification Requirements
Students are required to provide medical certificate(s) stating their test results for TB and HIV and to provide proof of immunization for MMR and Hepatitis B. Students need to start the Hepatitis B series of vaccines prior to arriving. They can finish the series at the local clinic on the island.

### Health Services
There are three modern hospitals in Grand Cayman that provide affordable basic health care services. All students are required to maintain a health insurance policy.

### Insurance
All students are enrolled in the St. Matthew's University group health insurance policy. If a student is covered by a health insurance policy that covers them outside their country of citizenship, and provides reparation and medical evacuation, they may opt out of the group plan. To opt out, they must contact Student Insurance two calendar weeks before the first day of class. For an info packet or to opt out of the group plan, contact:

Student Insurance
800-498-9700/Fax 800-565-7177
studenthealth@stmatthews.edu

# STUDENT GOVERNMENT AND ORGANIZATIONS

### Student Government Association (SGA)
Once every semester, each class of medical students elects Student Government representatives. The Student Government communicates student body concerns and consults with the Office of Student Affairs on matters related to student life at SMU. The SGA also nominates students to represent the student body on select university committees. Students are encouraged to address any concerns they might have to their elected representatives or to the SGA executive members.

### Circle K International (CKI)
Circle K International (CKI) is an international collegiate service organization that is a sponsored leadership program of Kiwanis International. It promotes service, leadership and fellowship. With over 13,250 members worldwide, it is the largest collegiate service organization of its kind in the world. Here at St. Matthew's University, our service projects range from assisting the elderly and disabled to working with children in the local hospitals and pediatric wards.

### American Medical Student Association (AMSA)
The American Medical Student Association (AMSA) is the oldest and largest independent association of physicians-in-training in the United States. For more than 58 years, AMSA has provided students with experience in areas of medicine not covered under the traditional curriculum. This includes technical, hands-on training in pertinent skills that will be necessary for students when they enter clinical rotations. We also work with the community to promote public awareness and improve public health.

AMSA is a student-governed, national organization committed to representing the concerns of physicians-in-training. With a membership of more than 68,000 medical and pre-medical students, interns, residents, and practicing physicians from across the country, AMSA continues its commitment to improving medical training and the nation's health.

### Indian Student Association
The Indian Student Association is an organization dedicated to preserving and promoting the diversity and uniqueness of the Indian culture through various activities, community services, and educational programs to Indian and Non-Indian students in the SMU community and neighboring areas. Not only will ISA strive to preserve and promote the Indian culture but will also help new students enrolling at SMU adjust and adapt to SMU and their new home.

### Muslim Student Association
The Muslim Student Association (MSA) works to promote a unified group of Muslim and non-Muslim students by educating the surrounding community about Islam, faith and medical practice. The MSA strives to offer support and aid to all new students at SMU through sharing learning strategies and specific course tactics. In conjunction with Cayman service groups, the MSA volunteers in the community to provide service to those in needs through hosting events and educational programs.

### Research Organization
The Research Organization of St. Matthew's University School of Medicine encourages students to participate in research by working independently and with colleagues and faculty. Our annual Research Day showcases student research posters, displaying and discussing their studies to the entire campus community. We are also interested in helping physicians on the island and around the world conduct their research by volunteering in community events. The Research Organization emphasizes and fosters leadership, the importance of research and evidence based medicine, and the foundation of life long learning for future physicians.

**Canada Key**

Canada Key at St. Matthew's University is a non-denominational, voluntary organization founded on the core values of Integrity, Excellence, Life-long Learning and Support & Community Service. Canada Key aims to provide a forum to facilitate dialogue, networking, exploring and sharing topical information about common medical career and related goals. Canada Key members are individuals interested in learning about options to further their medical training in Canada or in the USA (as Canadian nationals) or whose interests are aligned to matters pertaining to medical education and practice in Canada. Canada Key differentiates itself by taking a 4 quadrant holistic approach to self and-professional development. Canada Key's value-add is to help each member identify and develop a customized 'Key' -- a set of milestones to be achieved in each sphere of life: Personal, Professional, Academic and Community Service.

**Emergency Medicine Interest Group (EMIG)**

The mission of the student run Emergency Medicine Interest Group (EMIG) is to bring awareness to the specialty of Emergency Medicine. Membership will provide students an opportunity to acquire the judgment and confidence necessary to become competent physicians through the development and advancement of relevant clinical skills. Through EMIG organized events and actives, students gain knowledge of the specialty. They will be provided an opportunity to participate in "hands on" clinical skills labs and workshops led by practicing US Emergency Medicine faculty physicians and SMU faculty. Club meetings allow students to learn about the multifaceted aspects of emergency medicine, with topics ranging from current health care issues and trends to suturing workshops, IV placement, EKG, airway management and more. Our goal is to introduce Emergency Medicine as a potential career path and build a greater, more confident future physician.

**CAMPUS**
P.O. Box 30992
Grand Cayman KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

**ADMINISTRATIVE OFFICES**
12124 High Tech Avenue, Suite 290
Orlando, FL 32817
407-488-1700          290
Fax: 407-488-1702

www.stmatthews.edu

**Diversity & Opportunity**

It is the policy of St. Matthew's University School of Medicine that there shall be no discrimination against persons because of race, religion, age, creed, color, gender, disability, sexual orientation, national origin, marital status, veteran status, or political belief or affiliation, and that equal opportunity shall be available for all. St. Matthew's University is pleased and proud to have a remarkably diverse student body.

Disclaimer

The information in this catalog is subject to change. Such changes may be without notice. Potential students should not consider this catalog to represent a contract between St. Matthew's University and an entering student. Tuition, fees and other expenses are listed in US dollars, unless otherwise noted. The university disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of the catalog.





For more information
Campus
P.O. Box 30992
Grand Cayman KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

Administrative Offices
12124 High Tech Avenue
Suite 290
Orlando, FL 32817
800-498-9700
Fax 407-488-1702/800-565-7177

