**Terrence Reid**
Jun 8 (Edited Jun 8)

Step 2 CK Certification Process

Students are required to pass the NBME CCSE as defined by the university. Currently, the passing score for the NBME CCSE is 220. NBME CCSE scores remain predictive/valid for 75 days.

After passing the NBME CCSE, students are required to pass the NBME CCSSA as defined by the university. Currently, the passing score for the NBME CCSSA is 250 or higher. The school's certification committee will determine the appropriate NBME CCSSA version (7,8, or 6) that a student will take. NBME CCSSA scores remain predictive/valid for 30 days.

The purpose for the NBME CCSSA is to confirm that students' knowledge is staying current and that they are indeed still ready for CK.

After successfully passing the NBME CCSE and NBME CCSSA, a portfolio containing Basic Science exam scores and GPA, Step 1 score(s) and Clinical Science exam scores will be forwarded to the school's certification committee for consideration of Step 2 CK certification.

Dr. Reid