Student Name:
Date:

# OET ATTESTATION

I agree that I am required to pass a Spoken English Practice Test.  I further agree that I will not take the OET for the first time until certified to do so by the School.  I acknowledge that taking the OET for the first time without certification may lead to disciplinary action up to and including dismissal from the School and/or the School withholding my transcripts or other official School documentation.

I understand and agree that I am required to provide the School any and all scores promptly upon my taking the Occupational English Test (OET) Medicine.

I understand that I previously signed the Commitment to Provide and/or Authorize the Release and Disclosure of Test Scores, Internships and Employment Placement (the "Commitment"). I understand and agree that, as per the terms of the Commitment, any failure to provide the foregoing information may lead to disciplinary action up to and including dismissal from the School and/or to the School withholding my transcripts or other official School documentation.

AGREED AND ACCEPTED:

signature _____     Date: _____

By (please print): _____

**PLEASE UPLOAD TO THE MATCH 2021 COURSE**