Student Name:
Date:

## SMUSOM Application and Attestation for Clincal Skills Certification

Many students of SMUSOM qualify for pathways 2-4 of the ECFMG certification program for the 2021 match.  There are several steps that are required in order to complete this process. These steps are organized into English language requirement, clinical skills requirement, and attestation requirement.

ENGLISH LANGUAGE REQUIREMENT (All students)

1) Register for OET and submit registration confirmation to your school.

2) Prior to sitting for the OET, all students must pass one of two practice activities. Students who fail one practice activity, must remediate BEFORE they can sit for OET.
    - Moodle course designed to prepare students for the OET
    - Ximedus practice test for the OET

3) Sit for English Language Proficiency Assessment OET (the Occupational English Test).
    - Students must exceed the minimum passing score set by ECFMG.

CLINICAL SKILLS REQUIREMENT

Students requesting ECFMG Certification through Pathway 2 (successfully completed a secure, standardized clinical skills exam in English as a requirement for medical licensure or registration in another country) **must notify the school and submit all scores promptly upon passing.**

Students requesting ECFMG Certification through Pathway 3 & 4 (the most common options) are required to obtain a Clinical Skills Attestation (CSA) from an authorized school official. To request a CSA, you must submit one of the following documents (with this form) as a demonstration of your clinical skills competency.

- ☐ Kaplan OSCE (score report)
- ☐ Ximedus Step 2 Clinical Skills Preparation Certificate of Completion
- ☐ Ximedus 6-person virtual OSCE (Score Report)

OET ATTESTATION

I agree that I am required to pass a Spoken English Practice Test (as detailed  above).  I further agree that I will not take the OET for the first time until certified to do so by the School.  I acknowledge that taking the OET for the first time without certification may lead to disciplinary action up to and including dismissal from the School and/or the School withholding my transcripts or other official School documentation.

I understand and agree that I am required to provide the School any and all scores promptly upon my taking the Occupational English Test (OET) Medicine.

I understand that I previously signed the St. Matthew's University School of Medicine Commitment to Provide and/or Authorize the Release and Disclosure of Test Scores, Internships and Employment Placement (the "Commitment"). I understand and agree that, as per the terms

Student Name:
Date:

of the Commitment, any failure to provide the foregoing information may lead to disciplinary action up to and including dismissal from the School and/or to the School withholding my transcripts or other official School documentation.

AGREED AND ACCEPTED:

signature _____    Date: _____

By (please print): _____

**PLEASE UPLOAD TO THE MATCH 2021 COURSE**