### St. Matthew's University School of Medicine

### Commitment to Provide and Authorization for Release and Disclosure of Test Scores and Residency Placement Information

I understand that the St. Matthew's University School of Medicine (the "School") may be obligated to collect and report information relating to students' performance on certain external tests and residency placements in connection with the School's regulatory and accreditation requirements.

Accordingly, I hereby agree to:

- Provide all of my scores on and the number of times I have taken the Medical College Admission Test (MCAT) or any comparable or analogous medical school admission test.
- Provide and/or release the Educational Commission for Foreign Medical Graduates (ECFMG) to provide to the School any and all United States Medical Licensing Examination (USMLE) scores promptly upon my taking of each examination (including first and subsequent attempts, if necessary), both during and after my attendance at the School, including the USMLE Step 1, USMLE Step 2 Clinical Knowledge, and USMLE Step 2 Clinical Skills.
- Provide and/or release the relevant state board of medicine or state licensing board, as the case may be, to provide to the School any and all scores promptly upon my taking of each attempt of the USMLE Step 3.
- Provide and/or release others to provide to the School all comparable or analogous medical licensing examination scores promptly upon my taking of each such examination (including first and subsequent attempts, if necessary), both during and after my attendance at the School.
- Provide to the School information concerning all of my medical residency placements, both during and after my attendance at the School.

I understand and agree that my failure to provide the foregoing information may lead to disciplinary action up to and including dismissal from the School and/or to the School's withholding of my transcripts or other official School documentation.

I also hereby authorize the School to disclose to any governmental regulatory and any accrediting bodies the following information:

- All of my scores on and the number of times I have taken the Medical College Admission Test (MCAT) or any comparable or analogous medical school admission test.
- All of my scores on all USMLE examinations, either individually or in the form of a USMLE transcript, or any comparable or analogous medical licensing examination.
- All of my medical residency placements.

This authorization applies to both current and future information.

A copy of this authorization shall serve as and be treated the same as an original.

Student's name (please print): _____

Student's signature: _____

Date: _____

**[ PLEASE RETURN BY EMAIL TO consents@stmatthews.edu or FAX (978) 991-2367 ]**