AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Alejandro Estrada | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| St. Matthew's University School of Medicine | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  St. Matthew's University School of Medicine
a/k/a St. Matthew's University (Cayman), Ltd.
a/k/a St. Matthew's University (Cayman), Ltd., Corp.
c/o Terry J. Moya, its Registered Agent
12124 High Tech Avenue
Suite 290
Orlando, FL 32817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mager Paruas, LLC
2719 Hollywood Blvd., 2nd Floor
Hollywood, FL 33020
email: service@mpjustice.com
Scott A. Mager, Esq. (FBN: 768502)
Brandon G. Little, Esq. (FBN: 122212)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*