**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEJANDRO ESTRADA,

     *Plaintiff*,

 vs.

                             Case No.:

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

     *Defendant*.

_____

**<u>DECLARATION OF ALEJANDRO ESTRADA</u>**

Alejandro "Alex" Estrada deposes and states under penalty of perjury as follows:

1.     I am over the age of 18 years and legally competent to execute this Declaration and to testify as to the matters contained herein.

2.     I submit this Declaration based on my own personal knowledge of the facts set forth herein.

3.     I am the Plaintiff in the captioned action.  References in this Declaration to the abbreviated forms of the various organizations and exams for licensure to practice medicine are the same as in the Complaint, and the chart of terminology attached as Exhibit 1 to the Complaint.

4.     I am a medical student pursing a "Doctor of Medicine" or "M.D." degree at St. Matthew's University School of Medicine ("SMU"), a for-profit medical school located in the Cayman Islands.

5.     I applied and was offered admission to multiple medical schools, including SMU.

6.     I accepted my offer of admission to SMU.

7.     SMU's testing and graduation requirements were substantially the same as all other medical schools to which I was offered admission; however, had SMU's requirements been

substantially different, onerous, or more burdensome than other medical schools, I would not have attended SMU and would have attended another medical school.  I could not have transferred at any time after learning of SMU's unilateral changes to the exam and graduation requirements.

8.      I began medical school at SMU in 2015.

9.      SMU's requirements for testing and graduation in 2015 were specified in the Clinical Medicine Handbook (the "2015 Handbook"), a copy of which is attached to the Complaint in this action as Exhibit 2.

10.      The 2015 Handbook stated that I would be required to pass the USMLE Step 2 CK, which is also required for licensure; but made no indication of any requirement that I take the NBME-CCSE, which is not required for licensure.

11.      In order to participate the annual residency Match, and to ultimately become licensed to practice medicine in the United States, I must also be certified by the ECFMG.

12.      ECFMG certification requires that I pass the USMLE Step 1, USMLE Step 2 CK, and USMLE Step 2 CS; however, USMLE Step 2 CS exam administrations have been suspended due to COVID-19, and the ECFMG has offered alternatives to that requirement for certification, specifically so that students such as myself can participate in the 2021 Match, including that I take and pass an Occupational English Test, and SMU attest to my clinical skills based on the results of my clinical rotations.

13.      ECFMG certification also requires that I graduate from SMU.  Graduation is also required for participation in the Match.

14.      Between 2015 and 2018, I took and passed all required academic courses at SMU.

15.      In April 2018, I took and passed the USMLE Step 1 exam, the final prerequisite to begin my clinical rotations.

16.     Between 2018 and 2020, I successfully completed all of my clinical rotations at medical facilities in Maryland, New York, Virginia, and Florida.

17.     Upon completing my clinical rotations, I immediately began preparing for the USMLE Step 2 CK exam, which is the most immediate requirement in furtherance of my medical education and career.

18.     On or about September 5, 2019, SMU revised the Student Handbook and added a requirement that students take the NBME-CCSE before SMU would consider allowing a student to sit for the USMLE Step 2, which is the exam required for graduation and licensure.

19.     Despite the NBME-CCSE not being a requirement for licensure to practice medicine, I took the exam in or about August 2020.

20.     The NBME has established a passing score of 209 on the CCSE.

21.     I passed the NBME-CCSE with a score of 212.

22.     On or about June 8, 2020, SMU announced that they would require students to pass the NBME-CCSE with a score of at least 220 before allowing students to take the USMLE Step 2 CK.

23.     On or about August 31, 2020, SMU announced that they would require students to pass the NBME-CCSE with a score of at least 222 before allowing students to take the USMLE Step 2 CK.

24.     Before the administering organization will allow me to take the USMLE Step 2 CK exam, SMU must submit a certification of my status as a current student or graduate of SMU.

25.     I requested to take the USMLE Step 2 CK; however, SMU refused, and continues to refuse to provide the necessary verification of my status as a current student at SMU.

26.     SMU is also trying to prevent students, including me, from taking the ECFMG English proficiency exam before first completing SMU's additional pre-test requirements.

27.     I registered to take the ECFMG Occupational English Test prior to SMU announcing the extra requirements.

28.     SMU has threatened disciplinary action against students who take the ECFMG Occupational English Test without first abiding by SMU's extra requirements, up to and including dismissal from SMU.

29.     If I take the required OET exam, for which I am already registered, SMU is threatening to dismiss me from medical school, thereby terminating my medical education and career.

30.     For me to participate in the 2021 Match, I must have passed the USMLE Step 2 CK, received ECFMG certification (including taking and passing the OET, and SMU submitting the requisite clinical skills attestation), and I must have graduated from SMU.

31.     Due to SMU preventing me from taking the USMLE Step 2 CK exam, I risk being unable to participate in the 2021 Match.

32.     The deadline for completed Match applications before residency programs begin review is October 21, 2020, at 9:00 a.m.

33.     If my application is not complete, including USMLE Step 2 CK scores, when residency programs are reviewing applications, my residency application will not be competitive with other applicants and I will be excluded from interviews for residency programs.

34.     Residency is the next step in my medical training and career, and if SMU continues to refuse to allow me to take the USMLE Step 2 CK, I will not match to a residency program in the 2021 Match.

35.     If I am unable to match in the 2021 Match, my entire medical career will be delayed by at least one year, which will cause irreparable harm.  I cannot transfer to another school as a means to avoid such irreparable harm.

36.     I believe that SMU's intent in imposing its additional, arbitrary requirements (including passing the NBME-CCSE by SMU's substantially inflated standard) as a prerequisite to SMU allowing students to take the USMLE Step 2 licensing exams, is so that SMU can skew its first-time pass rates higher than it would otherwise be if SMU allowed all qualified students to take the exam.

37.     I further believe that SMU profits from this scheme in multiple ways – by being able to market itself to prospective students as a school with a very high first-time pass rate, thereby attracting more students paying tuition; and also by forcing students who do not pass the unnecessary NBME-CCSE exam to SMU's inflated standard to then pay for remediation programs from which SMU and its affiliates further profit.

38.     I have completed all of my academic and clinical coursework and have earned the right to take the USMLE Step 2 CK so that I can participate in the 2021 Match and enter residency.

39.     I am sufficiently prepared for the USMLE Step 2 CK and must take the exam as soon as possible so that I can complete my application for the 2021 Match before October 21, 2020.  Time is of the essence.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.**

Dated:  September 24, 2020

_____
Alejandro Estrada