AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Alejandro Estrada <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> St. Matthew's University School of Medicine <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   6:20-cv-1763-ORL-41EJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   St. Matthew's University School of Medicine
a/k/a St. Matthew's University (Cayman), Ltd.
a/k/a St. Matthew's University (Cayman), Ltd., Corp.
c/o Terry J. Moya, its Registered Agent
12124 High Tech Avenue
Suite 290
Orlando, FL 32817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Mager Paruas, LLC
2719 Hollywood Blvd., 2nd Floor
Hollywood, FL 33020
email: service@mpjustice.com
Scott A. Mager, Esq. (FBN: 768502)
Brandon G. Little, Esq. (FBN: 122212)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   September 28, 2020                                   MolliePleicones
                                                            *Signature of Clerk or Deputy Clerk*