UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEJANDRO ESTRADA,

    Plaintiff,

v.                            CASE NO.: 6:20-cv-1763-ORL-41EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendant.
_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT
ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE
<u>AND DESIGNATION OF EMAIL ADDRESSES</u>**

Dale A. Evans Jr. of Locke Lord LLP hereby gives notice of appearance in this matter on behalf of defendant St. Matthew's University School of Medicine.

Email addresses for service of all documents required or permitted to be served on all parties in this matter are as follows:

    Primary:     dale.evans@lockelord.com
    Secondary:  tina.sullivan@lockelord.com
                     autodocket@lockelord.com

All pleadings and documents should be hereafter served by email upon all such designated email addresses.

| | |
|---|---|
| DATED:  October 1, 2020 | Respectfully submitted, |

By */s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No. 98496
**LOCKE LORD LLP**
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL  33401
Telephone:  (561) 833-7700
Facsimile:   (561) 655-8719
dale.evans@lockelord.com

*Counsel for Defendant St. Matthew's University School of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2020, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Scott A. Mager, Esq.
Brandon G. Little, Esq.
Mager Parúas, LLC
2719 Hollywood Blvd.
Hollywood, FL  33020
service@mpjustice.com

*Counsel for Plaintiff Alejandro Estrada*

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No.:  98496

83715070