UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEJANDRO ESTRADA,

        Plaintiff,

v.                                   Case No: 6:20-cv-1763-Orl-41EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

        Defendant.
_____/

**DEFENDANT ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE'S CERTIFICATE OF INTERESTED
<u>PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   St. Matthew's University School of Medicine is a part of St. Matthew's University. The University is privately owned by R3 Education, Inc., which is privately owned by Global University Systems.

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   None, other than the plaintiff identified above.

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  October 1, 2020    Respectfully submitted,

    By */s/ Dale A. Evans Jr.*
      Dale A. Evans Jr.
      Florida Bar No. 98496
      **LOCKE LORD LLP**
      777 South Flagler Drive
      East Tower, Suite 215
      West Palm Beach, FL  33401
      Telephone: (561) 833-7700
      Facsimile: (561) 655-8719
      dale.evans@lockelord.com

      Daryl Lapp, *pro hac vice forthcoming*
      **LOCKE LORD LLP**
      111 Huntington Avenue, 9th Floor
      Boston, MA  02199
      Telephone: (617) 239-0174
      Facsimile: (866) 955-8813
      daryl.lapp@lockelord.com

      Elizabeth Kelly, *pro hac vice forthcoming*
      **LOCKE LORD LLP**
      111 Huntington Avenue, 9th Floor
      Boston, MA  02199
      Telephone: (617) 239-0774
      Facsimile: (866) 955-9265
      liz.kelly@lockelord.com

      *Counsel for Defendant St. Matthew's*
      *University School of Medicine*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of October, 2020, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Scott A. Mager, Esq.
Brandon G. Little, Esq.
Mager Parúas, LLC
2719 Hollywood Blvd.
Hollywood, FL  33020
service@mpjustice.com

*Counsel for Plaintiff Alejandro Estrada*

                                */s/ Dale A. Evans Jr.*
                                Dale A. Evans Jr.
                                Florida Bar No.:  98496