UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALEJANDRO ESTRADA,<br><br>*Plaintiff*,<br><br>vs.<br><br>ST. MATTHEW'S UNIVERSITY<br>SCHOOL OF MEDICINE,<br><br>*Defendant*. | Case No. 6:20-cv-1763-Orl-41EJK |

**NOTICE OF COMPLIANCE WITH THIS COURT'S ORDER OF SEPTEMBER 28, 2020**
*(showing timely compliance with service of complaint, Motion for Temporary Restraining Order and Order upon Defendant by September 29, 2020)*

Plaintiff ALEJANDRO ESTRADA hereby files his Notice of Compliance with this Court's Order of September 28, 2020 with regard to the following:

1. The Court's Order of September 28, 2020 provided (in relevant part) the following:

> **On or before September 29, 2020**, Plaintiff shall serve Defendant with a copy of the Complaint, the Motion for Temporary Restraining Order, and this Order. [bold in original]

2. Due to the Jewish holiday (Yom Kippur), the Plaintiff's law firm was closed on September 28, 2020. Plaintiff's law firm received the Order on September 29, 2020, and promptly effectuated successful service upon Defendant later that same day. The Process Server was requested on multiple occasions to immediately provide such proof (affidavit) of service, and it was just received today, October 1, 2020. A copy of the Affidavit of Service is attached as Exhibit 1.

3. Additionally, Attorney Brandon Little has also continued to reach out to the Defendant to attempt to resolve or narrow the issues relating to the preliminary injunction hearing set for October 2, 2020 at 1:30 pm, including reaching out by phone (also leaving a voicemail

message) and by email to Larrissa Green (lgreen@stmatthews.edu), who was specifically identified by the Defendant School as the contact for any legal matters (and who accepted service from the process server, *see* Exhibit 1).

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify (in light of the expedited hearing set for Friday October 2, 2020), that I also separately served a copy of the foregoing via email to Larrissa Green at lgreen@stmatthews.edu, who previously accepted personal service on behalf of Defendant St. Matthew's School of Medicine (as no one has yet appeared in this case).

Respectfully submitted,

Dated: October 1, 2020

**MAGER PARÚAS, LLC**
2719 Hollywood Blvd. – 2nd Floor
Hollywood, Florida 33020
(954) 763-2800
Email: service@mpjustice.com

*/s/ Scott A. Mager*
Scott A. Mager, Esq. (FBN: 768502)

*Attorneys for Plaintiff*