## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:20-CV-1763-ORL-41EJK

Plaintiff:
**Alejandro Estrada**

vs.

Defendant:
**St. Matthew's University School of Medicine**


BMP2020006233

For:
Scott Mager
MAGER PARUAS, LLC
2719 Hollywood Blvd
2nd Floor
Hollywood, FL 33020

Received by PROCESS XPRESS on the 29th day of September, 2020 at 2:58 pm to be served on **St. Matthew's University School of Medicine c/o Terry J. Moya, its Registered Agent, 12124 High Tech Avenue, Suite 290, Orlando, FL 32817**.

I, Elizabeth A. Seadin, being duly sworn, depose and say that on the **29th day of September, 2020** at **4:57 pm, I:**

**CORPORATE:** Served **St. Matthew's University School of Medicine** by delivering a true copy of the **Summons in a Civil Action, Order, Motion for Temporary Restraining Order, Declaration for Alejandro Estrada, Temporary Restraining Order and Order Setting Preliminary Injunction Hearing, Complaint, Exhibits** with the date and hour of service endorsed thereon by me, to: **Larrissa Green** as **Accountant** for **St. Matthew's University School of Medicine**, at the address of: **12124 High Tech Avenue, Suite 290, Orlando, FL 32817**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 135, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [ x ] physical presence or [ ] online notarization on the 30th day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Elizabeth A. Seadin
CPS #458

**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
(407) 327-9572

Our Job Serial Number: BMP-2020006233

REGINA MOORE
MY COMMISSION # GG 075410
EXPIRES: February 21, 2021
Bonded Thru Budget Notary Services

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

**Exhibit 1**