# EXHIBIT 1

AM 7692772.1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALEJANDRO ESTRADA, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No: 6:20-cv-1763-ORL-41EJK |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, | ) ) ) ) |
| Defendant. | ) ) |

**DECLARATION OF JOHN MARVIN**

1. I am currently Senior Advisor to St. Matthew's University School of Medicine and President of St. Matthew's University School of Veterinary Medicine. Until very recently and since 2006, I was Chancellor of St. Matthew's University ("SMU"), and in that capacity I have personal knowledge of the matters set forth in this Declaration.

2. Alejandro Estrada entered the M.D. program at SMU in 2015.

3. Students in the program first complete a five semester (approximately two-year) curriculum in the basic sciences. Then, in order to progress to the clinical portion of the program, students must pass Step 1 of the United States Medical Licensing Examination ("USMLE"), a multi-part examination administered by the National Board of Medical Examiners ("NBME").

4. Students who pass Step 1 of the USMLE then move into the clinical portion of the program, which generally takes approximately another two years. During that time, students take "shelf exams" in the core subjects of their clinical studies, which also are administered by the NBME.

1

5. Students who successfully complete their clinical rotations and pass the shelf exams must take and pass both parts of the USMLE Step 2 exam in order to graduate and go on to residency through the so-called "match" program – a process in which students apply to be "matched" with a teaching hospital in the United States.

6. The USMLE Step 2 exam has two parts. First the student must pass the Step 2 Clinical Knowledge exam ("Step 2-CK"). Then the student must go on to pass the Step 2 Clinical Skills exam ("Step 2-CS"). Due to the Covid-19 pandemic, the in-person Step 2 CS examination has been suspended. The relevant United States regulatory authorities have substituted a set of replacement activities for students to complete to prove competency regarding Clinical Skills, and these have been incorporated in the graduation requirements of SMU.

7. Before a student may take either part of Step 2, he or she must be approved to sit for the exam by SMU's Clinical Dean. The purpose of this requirement is to protect the student's ability to obtain a residency, i.e., to successfully "match," following graduation from medical school. Students who fail any USMLE exam, or who pass but with only a low passing score, find it difficult if not impossible to obtain a residency. Accordingly, SMU allows students to sit for an exam only when they have demonstrated that they have mastered the knowledge necessary to pass it successfully.

8. Over the years, SMU has used various methods for determining when students should be permitted to take both the Step 1 and Step 2 exams. In 2015, when Estrada enrolled, the Clinical Medicine Handbook stated, "The approval of the Associate Dean of Clinical Medicine… is required before a student can be certified to sit for the exams. There are no exceptions to this rule. In order to be certified to sit for either USMLE Step 2 CK or USMLE

Step 2 CS, the student may be required to take additional step(s) to demonstrate comprehensive proficiency in the clinical sciences." In 2015, students who, like Estrada, had failed clinical shelf exams were required to achieve satisfactory performance on the Comprehensive Clinical Science Examination (CCSE), which is administered by NBME, prior to being permitted to take the USMLE Step 2 CK exam.

9. Subsequent to 2015, SMU has required that all students achieve "satisfactory performance" on the CCSE, before being permitted to take the Step 2-CK exam. This requirement was published in the Clinical Medicine Handbook.

10. While NBME publishes what it considers to be a passing score on the CCSE, SMU makes its own determination, and periodically adjusts, what it deems to be "satisfactory performance" on the CCSE. SMU carefully and continuously studies the scores that its students achieve on both the CCSE and the Step 2-CK. SMU wants to ensure that its standard for successful completion of the CCSE is a good predictor of successful performance on Step 2-CK. For this reason, SMU's cutoff for "satisfactory performance" is higher than NBME's merely "passing" score.

11. Estrada to date has taken the CCSE three times, achieving scores of 200, 193, and 212 – all short of the 220 score that SMU deemed "satisfactory" at the time. (The satisfactory score recently has been further adjusted to 222.)

12. The fact that Estrada has struggled to demonstrate sufficient mastery of clinical knowledge – the subject of the CCSE and Step 2-CK exams– is consistent with his academic performance to date. During basic sciences he failed and accordingly had to repeat two courses – Biochemistry & Molecular Biology as well as Biostatistics & Epidemiology. During basic sciences he also withdrew due to poor academic performance and accordingly had to repeat three

3

additional courses – Genetics, Pathology 1, and Pharmacology.  His score of 215 on the USMLE Step 1 exam was below the 230 average of U.S. and Canadian students, with whom he would eventually be competing for residency positions.  Then, during his clinical rotations, he failed and had to re-take four out of the five core clinical shelf exams – Internal Medicine, Pediatrics, Psychiatry, and Obstetrics/Gynecology.

13. While Estrada's academic performance has been good enough to continue in the M.D. program at SMU, that is not the same thing as demonstrating sufficient mastery to both pass the Step 2 exams and "match."  Demonstrating minimal competence in his studies is not the same thing as meeting the standard required to actually get a job (in this case, a residency) in the profession.  For this reason, Estrada has been doing remedial work, with SMU's assistance and support, in an effort to become ready for the Step 2 exams.

14. SMU provides remedial support for Step 2 exam preparation at no additional charge to students.  Students pay tuition for their basic science and clinical courses, and once that tuition is paid, there is no additional charge from SMU for remaining in the clinical program during remedial work and qualifying exams such as those Estrada is undertaking.  Simply put, there is no financial advantage to SMU to withholding its approval for Estrada to take the Step 2-CK exam.  In fact, the opposite is true.  If solely motivated by financial gain, SMU would allow students from whom it has collected all tuition to sit for the Step 2 exams at their earliest opportunity.  SMU does not do that; instead, it continues to work with students in an effort to give them the best chance at success.

15. It is not the case that if Estrada were permitted to sit for the Step 2-CK exam now, he would be in a position to "match" on October 21, 2020.  Passing Step 2-CK is just one element of several that he would need to satisfy in order to be ready to "match."  Estrada is at the

4

beginning of that process, not the end of it.  Even if Estrada were to be able to schedule and take Step 2-CK in the coming week, he would most likely not even receive his score until after October 21, 2020.  If he passed the Step 2-CK exam, he would then have to begin the multi-step process to prove competency regarding Clinical Skills.  It already is not possible for Estrada to "match" on October 21, 2020.  If he satisfactorily completes all of the requirements, he will graduate from SMU and be in a position to participate in the "match" process next year.

Sworn to under the pains and penalties of perjury this 1st day of October, 2020.

/s/ John Marvin
John Marvin