**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**ALEJANDRO ESTRADA,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No: 6:20-cv-1763-Orl-41EJK**

**ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,**

        **Defendant.**

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
|---|---|---|---|
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Scott Mager, Brandon Little |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Dale Evans, Jr. |
| **DATE/TIME:** **TOTAL TIME:** | October 2, 2020 3:27 P.M. 4:05 P.M. 38 Minutes | | |

**CLERK'S MINUTES**
**EVIDENTIARY HEARING**

Case called. Appearances taken.

Court addresses matters with both parties.

Court hears argument from the Plaintiff.

Court hears argument from the Defense.

The Court takes the matter under advisement. Order will follow.

Court is adjourned.