

# EXHIBIT LIST

\_\_\_ **PLAINTIFF**     **X** **DEFENDANT**     \_\_\_ **JOINT**

\_\_\_ **GOVERNMENT** \_\_\_ **COURT**

**CASE NO.**     **20-CV-1763-CEM-EJK**
**STYLE:** **ALEJANDRO ESTRADA V. ST. MATTHEWS UNIVERSITY SCHOOL OF MEDICINE**

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 10/02/2020 | 10/02/2020 | | | EMAIL TO MR. ESTRADA FROM DR. REID |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.