UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

| | |
|---|---|
| ALEJANDRO ESTRADA, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No: 6:20-cv-1763-ORL-41EJK |
| | ) |
| ST. MATTHEW'S UNIVERSITY | ) |
| SCHOOL OF MEDICINE, | ) |
| | ) |
|     Defendant. | ) |

_____)

**DEFENDANT ST. MATTHEW'S UNIVERSITY SCHOOL OF
MEDICINE'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), defendant St. Matthew's University School of Medicine ("SMU") certifies that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

SMU further certifies that it will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 9, 2020        Respectfully submitted,

By    */s/ Dale A. Evans Jr.*
        Dale A. Evans Jr.
        Florida Bar No. 98496
        **LOCKE LORD LLP**
        777 South Flagler Drive
        East Tower, Suite 215
        West Palm Beach, FL  33401
        Telephone:    (561) 833-7700
        Facsimile:    (561) 655-8719
        dale.evans@lockelord.com

1

Daryl Lapp, *pro hac vice forthcoming*
**LOCKE LORD LLP**
111 Huntington Avenue, 9th Floor
Boston, MA  02199
Telephone:    (617) 239-0174
Facsimile:     (866) 955-8813
daryl.lapp@lockelord.com

Elizabeth Kelly, *pro hac vice forthcoming*
**LOCKE LORD LLP**
111 Huntington Avenue, 9th Floor
Boston, MA  02199
Telephone:    (617) 239-0774
Facsimile:     (866) 955-9265
liz.kelly@lockelord.com

*Counsel for Defendant St. Matthew's*
*University School of Medicine*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2020, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Scott A. Mager, Esq.
Brandon G. Little, Esq.
Mager Parúas, LLC
2719 Hollywood Blvd.
Hollywood, FL  33020
service@mpjustice.com

*Counsel for Plaintiff Alejandro Estrada*

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No.:  98496