# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALEJANDRO ESTRADA,

    *Plaintiff*,

  vs.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    *Defendant*.

Case No.:  6:20-cv-01763-CEM-EJK

## PLAINTIFF ALEJANDRO ESTRADA'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Plaintiff Alejandro Estrada certifies that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Plaintiff further certifies that he will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

|  |  |
|---|---|
| Dated:  October 12, 2020 | Respectfully submitted,<br>**MAGER PARÚAS, LLC**<br>2719 Hollywood Boulevard<br>Hollywood, Florida 33020<br>Phone: 954-763-2800<br>Email: service@mpjustice.com<br><br>*/s/ Scott A. Mager*<br>Scott A. Mager, Esq. (FBN: 768502)<br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the above date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide a notice of electronic filing and service of the document to all counsel of record.

*/s/ Scott A. Mager*
Scott A. Mager, Esq. (FBN: 768502)