UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____
                                              )
ALEJANDRO ESTRADA,                            )
                                              )
    Plaintiff                                )
                                              )
v.                                            )   Civil Action No: 6:20-cv-1763-ORL-41EJK
                                              )
ST. MATTHEW'S UNIVERSITY                      )
SCHOOL OF MEDICINE,                           )
                                              )
    Defendant.                               )
_____)

**DEFENDANT ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Defendant St. Matthew's University School of Medicine ("SMU") moves pursuant to Federal Rule of Civil Procedure 6(b) for an unopposed ten-day enlargement of time to respond to Plaintiff Alejandro Estrada's complaint (ECF No. 1) through and including October 30, 2020 as follows:

    Estrada filed his ten-count, 137-paragraph complaint against SMU on September 25, 2019. (ECF No. 1). Estrada served SMU with the summons and complaint on September 29, 2020. ECF No. 17. Accordingly, SMU's deadline to respond to the complaint is October 20, 2020. SMU seeks an unopposed ten-day enlargement of its response deadline through and including October 30, 2020.

    The complaint alleges that SMU arbitrarily requires its medical students to take the National Board of Medical Examiners' Comprehensive Clinical Sciences Examination ("NBME CCSE") and achieve a passing score in excess of national standards in order to sit for the United States Medical Licensing Examination Step 2 Clinical Knowledge Exam ("USMLE Step 2 CK").

*See e.g.,* Compl., ¶¶ 1-3, 40-42, 48-52. In order to become licensed as a medical doctor in the United States, medical students must take and pass the USMLE Step 2 CK. *Id.*; *see also* ¶¶ 19-20, 24(2). Estrada has been unable to achieve the passing score set by SMU for the CCSE and has thus been unable to sit for the USMLE Step 2 CK, which he contends has prevented him from participating in this year's annual residency match program. *See* Compl., ¶¶ 1-3, 48-52, 73. Estrada seeks declaratory and injunctive relief prohibiting SMU from requiring Estrada to comply with the NBME CCSE requirements and allowing him to proceed directly to the USMLE Step 2 CK. Estrada also alleges claims for breach of contract, fraud, and violation of the Florida Deceptive and Unfair Trade Practices Act, among other claims.

      SMU requests additional time to analyze Estrada's allegations, legal arguments, causes of action, and exhibits, as well as SMU's records regarding its curriculum, student handbook, and Estrada's academic performance to evaluate the factual accuracy and legal validity of the claims, research applicable law, and develop its defenses. Federal Rule of Civil Procedure 6(b)(1)(A) provides the court may extend deadline if request is made before the deadline expires and good cause is shown. SMU respectfully submits that based upon the foregoing, good cause justifies the ten-day extension of time. SMU brings this motion in good faith and not for the purpose of delay. The Court has already heard and denied Estrada's request for preliminary relief, the case is not yet set for trial, and there are no other substantive deadlines at the moment. The brief extension will therefore not prejudice Estrada or the scheduling of this case.

      Wherefore, SMU respectfully requests this Court grant the requested ten-day enlargement of time to respond to the complaint, through and including October 30, 2020.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned hereby certifies that on October 9, 2020, counsel for SMU conferred with counsel for Estrada regarding this motion via telephone. Counsel for Estrada advised that he does not object to the relief requested in this motion, *i.e.*, a ten-day extension of time to respond to the complaint.

Dated: October 16, 2020              Respectfully submitted,

By      */s/ Dale A. Evans Jr.*
        Dale A. Evans Jr.
        Florida Bar No. 98496
        **LOCKE LORD LLP**
        777 South Flagler Drive
        East Tower, Suite 215
        West Palm Beach, FL  33401
        Telephone:    (561) 833-7700
        Facsimile:    (561) 655-8719
        dale.evans@lockelord.com

        *Counsel for Defendant St. Matthew's
        University School of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2020, I presented the foregoing Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Scott A. Mager, Esq.
Brandon G. Little, Esq.
Mager Parúas, LLC
2719 Hollywood Blvd.
Hollywood, FL  33020
service@mpjustice.com

*Counsel for Plaintiff Alejandro Estrada*

                    */s/ Dale A. Evans Jr.*
                    Dale A. Evans Jr.
                    Florida Bar No.:  98496