**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEJANDRO ESTRADA,

    *Plaintiff*,

vs.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    *Defendant*.

Case No.: 6:20-cv-01763-CEM-EJK

**PLAINTIFF ALEJANDRO ESTRADA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Alejandro Estrada and all entities disclosed by Defendant in its Certificate of Interested Persons and Corporate Disclosure Statement [DE-15].

2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known at this time.

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at this time.

-2-

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Alejandro Estrada and multiple other similarly situated students at SMU who are known to exist but have not yet been specifically identified.

5.) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    Dated: November 18, 2020    Respectfully submitted,

                                        **MAGER PARÚAS, LLC**
                                        2719 Hollywood Boulevard
                                        Second Floor
                                        Hollywood, Florida 33020
                                        Phone: 954-763-2800
                                        Email: service@mpjustice.com

                                        */s/ Scott A. Mager*
                                        Scott A. Mager, Esq. (FBN: 768502)
                                        Brandon G. Little, Esq. (FBN: 122212)

                                        *Attorneys for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

      I certify that on the 18th day of November 2020, I presented the foregoing document to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Dale A. Evans, Jr., Esq.
LOCKE LORD LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
dale.evans@lockelord.com
tina.sullivan@lockelord.com
autodocket@lockelord.com

*Counsel for Defendant*