UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEJANDRO ESTRADA,

    *Plaintiff*,

vs.

    Case No.: 6:20-cv-01763-CEM-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    *Defendant*.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff Alejandro Estrada, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, hereby moves for an extension of time, through and including November 25, 2020, in which to file a Response to Defendant St. Mathew's University School of Medicine's Motion to Dismiss, and states:

    1.    Defendant filed its Motion to Dismiss [DE-27] on October 28, 2020.

    2.    At the time of Defendant's filing, undersigned counsel was suffering from Covid-19 symptoms and in quarantine, which continued until the afternoon of November 16, 2020.

    3.    Pursuant to Local Rule 3.01(b), Plaintiff's Response to Defendant's Motion was due November 12, 2020.

    4.    Due to an administrative error in Plaintiff's counsel's office, the deadline to respond to Defendant's Motion was not properly calendared and, in the undersigned's absence from the office due to Covid-19, the undersigned was in no position to identify the oversight or to resolve it while out of the office in quarantine.

5. The undersigned first became aware of the lapsed deadline this morning, November 19, 2020, upon email notice from Defendant's counsel, and acted swiftly to address the oversight resulting from excusable neglect due to (1) an intraoffice administrative error with scheduling upon receipt of service, and (2) the undersigned's absence from the office while quarantined with Covid-19.

6. In light of the foregoing, Plaintiff respectfully requests an extension of time up to and including November 25, 2020, in which to file a response to Defendant's Motion to Dismiss.

7. The instant Motion is filed in good faith and not for purposes of delay, but rather to ensure that the Court is fully informed so that justice may be fairly and properly administered.

8. The undersigned has conferred with Defendant's counsel who does not oppose this Motion and has no objection to the requested extension of time until November 25, 2020, for Plaintiff to file his Response to the Motion to Dismiss.

WHEREFORE, Plaintiff Alejandro Estrada respectfully requests that this Court grant this Motion and extend the time for Plaintiff to file a Response to Defendant's Motion to Dismiss until November 25, 2020, and grant any such other and further relief as is just and proper.

DATED:  November 19, 2020

Respectfully submitted,

**MAGER PARÚAS, LLC**
2719 Hollywood Boulevard
Hollywood, Florida 33020
Phone: 954-763-2800
Email: service@mpjustice.com

 /s/ Brandon G. Little
Brandon G. Little, Esq.
Florida Bar No.: 122212
Brandon@mpjustice.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will email a Notice of Electronic Filing and serve a copy of the foregoing document to:

Dale A. Evans, Jr., Esq.
LOCKE LORD LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
dale.evans@lockelord.com
tina.sullivan@lockelord.com
autodocket@lockelord.com

                                            **MAGER PARÚAS, LLC**
                                            2719 Hollywood Boulevard
                                            Hollywood, Florida 33020
                                            Phone: 954-763-2800
                                            Email: service@mpjustice.com

                                            */s/ Brandon G. Little*
                                            Brandon G. Little, Esq.
                                            Florida Bar No.: 122212
                                            Brandon@mpjustice.com

                                            *Attorneys for Plaintiff*