UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALEJANDRO ESTRADA,**

       **Plaintiff,**

v.                                                                           Case No:  6:20-cv-1763-Orl-41EJK

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

       **Defendant.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 30).  The report indicates that the parties have not yet agreed on a mediator.  Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before December 14, 2020.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2020.



Copies furnished to:

Counsel of Record
Unrepresented Parties