UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALEJANDRO ESTRADA, | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No: 6:20-cv-1763-ORL-41EJK |
| ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE, | ) |
|     Defendant. | ) |

**DEFENDANT'S ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant St. Mathew's University School of Medicine (SMU) moves pursuant to Local Rule 3.01(c) for leave to file a reply to Plaintiff's response in opposition to Defendant's Motion to Dismiss the Complaint. In support, SMU states as follows:

Plaintiff filed his response in opposition to SMU's Motion to Dismiss on November 25, 2020 (Dkt. No. 33). SMU seeks leave to file a brief reply for four primary reasons.

First, Plaintiff asserts and implies new facts in his opposition, which are not alleged in the complaint. SMU should be permitted to address them.

Second, Plaintiff mischaracterizes SMU's position. SMU should be able to correct the record about the position it has taken.

Third, Plaintiff makes legal assertions without citation to authority. SMU should be permitted to highlight these unsupported assertions and briefly respond.

Fourth, Plaintiff cites inapplicable case law in support of his claim that dismissal should not be with prejudice. SMU seeks to provide the Court with proper authority for its position that dismissal should be with prejudice.

WHEREFORE, SMU respectfully requests that the Court grant it leave to file a reply memorandum of not more than 7 pages no later than 5 days after the Court grants this Motion.

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO RULE 3.01(g)**

The undersigned counsel conferred with counsel for Plaintiff by telephone on December 3, 2020 in a good faith effort to resolve the issues raised by the motion. Plaintiff opposes the relief requested in this motion.

December 3, 2020                                        Respectfully submitted,


By      */s/ Dale A. Evans Jr.*
        Dale A. Evans Jr.
        Florida Bar No. 98496
        **LOCKE LORD LLP**
        777 South Flagler Drive
        East Tower, Suite 215
        West Palm Beach, FL  33401
        Telephone:     (561) 833-7700
        Facsimile:     (561) 655-8719
        dale.evans@lockelord.com

        *Counsel for Defendant St. Matthew's
        University School of Medicine*

2

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of December 2020, I presented the foregoing document to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Scott A. Mager, Esq.
Brandon G. Little, Esq.
Mager Parúas, LLC
2719 Hollywood Blvd.
Hollywood, FL  33020
service@mpjustice.com

*Counsel for Plaintiff Alejandro Estrada*

                                        */s/ Dale A. Evans Jr.*
                                        Dale A. Evans Jr.
                                        Florida Bar No.:  98496