# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALEJANDRO ESTRADA,

    *Plaintiff*,

 vs.

Case No.: 6:20-cv-01763-CEM-EJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    *Defendant*.

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's instructions in the Case Management Order (**DE-34**), The Parties

are hereby jointly notifying this Court of the selection of a mediator. The Parties agree and select

Carlos Burruezo, Esq. as the mediator to conduct mediation in this matter.

Dated: December 14, 2020          Respectfully submitted,

/s/ *Scott Mager, Esq.*                  /s/ *Dale A. Evans, Jr., Esq.*
SCOTT MAGER, ESQ.              DALE A. EVANS, JR., ESQ.
FBN: 768502                        FBN: 98496
/s/ *Brandon G. Little, Esq.*         **LOCKE LORD, LLP**
FBN: 122212                        777 South Flagler Drive
**MAGER PARÚAS, LLC**         East Tower, Suite 215
2719 Hollywood Blvd.          West Palm Beach, FL 33401
Second Floor                     Tel: 561-820-0248
Hollywood, FL 33020          Email: autodocket@lockelord.com
Tel: 954-763-2800               *Attorneys for Defendant*
Email: service@mpjustice.com
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on the above date, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will email a Notice of Electronic Filing and serve a copy of the foregoing document to:

Dale A. Evans, Jr., Esq.
LOCKE LORD LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
dale.evans@lockelord.com
tina.sullivan@lockelord.com
autodocket@lockelord.com
*Attorneys for Defendant*

*/s/  Scott Mager, Esq.*
Scott Mager, Esq.