# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALEJANDRO ESTRADA,

   *Plaintiff*,

vs.

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,

   *Defendant*.

Case No.: 6:20-cv-01763-CEM-EJK

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that Scott A. Mager, Esq., Jesse S. Fulton, Esq. and Lee A. Watson, Esq. will be unavailable from Thursday, December 23, 2021 through Friday, December 31, 2021, and respectfully requests that no hearings, depositions, motions, notices to produce, interrogatories, pleadings or other papers be filed which require a timely response during this time period to the extent necessary; and that all pending matters be abated during this period of time.

To the extent necessary, the filing and service of this Notice shall constitute an application and Request for Continuance, Extension of Time and/or for a Protective Order as may be appropriately required.

Respectfully Submitted,

**MAGER PARÚAS, LLC**
2719 Hollywood Boulevard, Second Floor
Hollywood, Florida 33020
Phone: 954-763-2800
Email: service@mpjustice.com

*/s/  Scott A. Mager*
Scott A. Mager, Esq. (FBN: 768502)
Lee A. Watson, Esq. (FBN: 356750)
Jesse S. Fulton, Esq. (FBN: 112495)

*Counsel for Plaintiff*

Case No.: 6:20-cv-01763-CEM-EJK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing documents has been electronically filed with the Clerk of Court and served on all counsel of record by using the CM/ECF filing system on September 3, 2021 to Dale A. Evans, Jr., Esq., Locke Lord LLP, 777 South Flagler Drive, East Tower, Suite 215, West Palm Beach, FL 33401 at dale.evans@lockelord.com; tina.sullivan@lockelord.com; autodocket@lockelord.com.

By: */s/ Scott A. Mager*
Scott A. Mager, Esq.