

*"Improving Life by Degrees"*

# CLINICAL MEDICINE HANDBOOK

U.S. ADMINISTRATIVE OFFICES

12124 HIGH TECH AVE, SUITE 350 ORLANDO, FL 32817
TELEPHONE: 1-800-498-9700 FAX: 1-800-565-7177
www.stmatthews.edu

*Revised 10/06/15*

# Table of Contents

**Part 1: Clinical Clerkship Training: What Clinical are All About** …………………………...………. 1
Goals and Objectives for Clinical Education…………………………………………………………….. 1
Competencies……………………………………………………………………………………………....  1
Overview of Clinical Medicine Education Program……………………………………………………….  2

**Part 2: Transitioning from Basic Sciences to Clinical Sciences**………………………………………….4
Requirements Prior to Beginning Any Rotation………………………………………………………….....6
Policy for Health Record and Immunizations…………………………………………………………….  6
Policies for Attendance …………………………………………………………………………………....8

**Part 3: Third Year Core Curriculum**………………………………………………………………….  10
Internal Medicine Course Syllabus…………………………………………………………………………11
Obstetrics and Gynecology Course Syllabus……………………………………………………………49
Pediatrics Course Syllabus………………………………………………………………........................  87
Psychiatry Course Syllabus…………………………………………………………………………….126
Surgery Course Syllabus…………………………………………………………………………………  163
Summary Descriptions of Core Specialty Rotations……………………………………………………  201
Types of Procedures for Clinical Student……………………………………………………………..   201

**Part 4: Fourth Year Rotations**………………………………………………………………...…….…  203
Electives……………………………………………………………………………….............................204
Primary Care Elective Objectives………………………………………………………………..……  207

**Part 5: Student Performance and Discipline**………………………………………………………….208
USMLE Policies……………………………………………………………………………………….   209
Evaluation of Student Performance……………………………………………………………………  212
Core Clinical Clerkship Grading Policy………………………………………………………………..  212
Elective Clerkship Grading Policy…………………………………………………………………….218
Grading Guidelines to be Used by Clinical Faculty ...………………………………..............................  218
Student Promotions …………………………………………………………………………………….220
Academic Integrity …………………………………………………………………………………….  220

**Part 6: Disciplinary/Infection Control/Forms/Glossary**………………….............................................  221
Disciplinary Procedure …………………………………………………………………………………..  222
Infection Control Guidance………………………………………………………………………………  223
Sample Core Patient Log…………………………………………………………………………….....  226
Sample Clinical Immunization Form…………………………………………………………………….  227
Basic Clinical Definitions…………………………………………………………………………………  228

*Revised 10/06/15*

# *Clinical Medicine Handbook*

## *Part 5:*
## *Measuring Student Performance:*



St. Matthew's University
P.O. Box 30992
Grand Cayman KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

In the US:
St. Matthew's University
United States Administrative Offices
12124 High Tech Avenue
Suite 350
Orlando, Florida 32817

1-800-498-9700   Fax: 407-488-1702
Email: clinical_coordinators@stmatthews.edu
Website:  www.stmatthews.edu

## *USMLE POLICIES*

Step 1 Policies

1. Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within four (4) months of completing Basic Sciences. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period. For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May you will be assigned the May-June-July eligibility period that you selected.

2. After you complete the 5th semester successfully including passing the "Comp" exam, you should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SMUSOM (Orlando) where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, and administrative regulations of SMUSOM. Sign off during the 5th semester is not permitted. SMUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.

3. All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.

4. Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts to successfully pass USMLE Step 1. It is the student's responsibility to schedule and pass the examination. Any student who has completed National Board (NB) 1, 2, and 3 and has not passed the USMLE Step 1 exam will be withdrawn from SMU. If this time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the time limit are allowed and LOAs do not 'stop the clock".

5. *First Time Failures of USMLE Step 1:*
Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course (e.g., the campus Kaplan Review Course) that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination) at the end of the course. Student will <u>not</u> be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

6. *Second Time Failure of the USMLE Step 1:*
If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. If the student fails the USMLE examination a 3rd time, the student is dismissed.

7. *Appeal with Lower Score after the Second Review Course;*
A student may appeal the decision to not be allowed a second retake of the exam to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

A student whose appeal is denied by the Promotions Committee has the right to appeal to the Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Dean of Basic Sciences. The Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Dean of Basic Science and is not required. The decision of the Dean of Basic Science is final. The Dean of Basic Science will inform the student of the decision in writing (email

and/or letter) within two business days.

The student has the right to appeal to the Chancellor of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the Chancellor located in the US Administrative office.

Step 2 CS &CK Policies

1. Students become eligible to take the USMLE Step 2 CS &CK examinations upon successful completion of the 5 core clerkships or 40 weeks of rotations and must comprise 4 core clerkships including Internal Medicine and Surgery, as well as a 4 week Primary Care rotation. The approval of the Associate Dean of Clinical Medicine and the successful completion of the clerkships is required before a student can be certified to sit for these exams. There are no exceptions to this rule. In order to be certified to sit for either USMLE Step 2 CK or USMLE Step 2 CS, the student may be required to take additional step(s) to demonstrate comprehensive proficiency in the clinical sciences.

2. Students are required to write and pass USMLE Step 2 CS & CK prior to graduation. Students have twelve (12) months from the end of their last rotation and a maximum of three (3) attempts with approval of the Associate Dean for each exam within the twelve months to meet this requirement. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is administratively withdrawn. No extensions on the one-year time limit are allowed and LOAs do not 'stop the clock".

    Students who fail the USMLE Step 2 CK or Step 2 CS Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 2 CK Examination.

3. <u>Second Time Failure of the USMLE Step 2 CK or CS:</u>
    If a student fails a second time, the same procedure must be followed. However, for the USMLE Step 2 CK exam the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. For the USMLE Step 2 CS exam, approval to take a course will not be automatic, and will only be given selectively based on an individual assessment by the Associate Dean of Clinical Medicine; completion of this approved course will suffice for certification by the school.

    If the student fails the USMLE examination a 3rd time, the student is administratively withdrawn.

4. Appeal with Lower Score after the Second Review Course, or other denial of certification to retake.

    A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

    The student must submit a written appeal to the Promotions Committee through the Administration within 5 business days of receipt of the lower second end of review course examination score, or denial to retake CS. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

    A student whose appeal is denied by the Promotions Committee has the right to appeal to the Dean of Clinical Medicine in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Dean who will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Dean and is

    not required.  The decision of the Dean is final.  The Dean will inform the student of the decision in writing (email and/or letter) within two business days.

5. A student has the right to appeal to the Chancellor of the University if the University's policies and procedures were not followed.  The appeal should be made in writing within 7 business days to the Chancellor located in the US Administrative office.

6. It is SMUSOM regulation that ALL score reports (Step 1, Step 2 CK and Step2 CS) must be submitted by the student, to the Office of Clinical Medicine immediately upon receipt. SMUSOM will not provide any information to any certifying and licensing bodies without the student providing all USMLE and similar examination information to SMUSOM as required.