

*"Improving Life by Degrees"*

# CLINICAL MEDICINE HANDBOOK

U.S. ADMINISTRATIVE OFFICES

12124 HIGH TECH AVE, SUITE 350 ORLANDO, FL 32817
TELEPHONE: 1-800-498-9700 FAX: 1-800-565-7177
www.stmatthews.edu

*Revised 09/05/19*

# Table of Contents

**Part 1: Clinical Clerkship Training: What Clinical are All About** …………………………...………. 1
Goals and Objectives for Clinical Education…………………………………………………………….. 1
Competencies……………………………………………………………………………………………..... 1
Overview of Clinical Medicine Education Program…………………………………………………………. 2

**Part 2: Transitioning from Basic Sciences to Clinical Sciences**……………………………………………..4
Requirements Prior to Beginning Any Rotation…………………………………………………………….6
Policy for Health Record and Immunizations…………………………………………………………. 7
Policies for Attendance ……………………………………………………………………………..8

**Part 3: Third Year Core Curriculum**……………………………………………………………………… 10
Internal Medicine Course Syllabus…………………………………………………………………………11
Obstetrics and Gynecology Course Syllabus……………………………………………………………53
Pediatrics Course Syllabus………………………………………………………………................................ 95
Psychiatry Course Syllabus……………………………………………………………………………..138
Surgery Course Syllabus…………………………………………………………………………………… 179
Summary Descriptions of Core Specialty Rotations……………………………………………..  221
Types of Procedures for Clinical Student………………………………………………………….  221

**Part 4: Fourth Year Rotations**………………………………………………………………...……..…… 223
Electives……………………………………………………………………………………………………….....224
Primary Care Elective Objectives………………………………………………………………..…… 227

**Part 5: Student Performance and Discipline**……………………………………………………………………….....228
USMLE Policies………………………………………………………………………………………… 229
Evaluation of Student Performance……………………………………………………………………… 232
Core Clinical Clerkship Grading Policy…………………………………………………………………… 232
Elective Clerkship Grading Policy……………………………………………….................................240
Grading Guidelines to be Used by Clinical Faculty ..………………………………..………………………… 240
Student Promotions …………………………………………………………………………………………242
Academic Integrity ……………………………………………………………………………………… 242

**Part 6: Disciplinary/Infection Control/Forms/Glossary**……………….……………………………………………… 243
Disciplinary Procedure ………………………………………………………………………………… 244
Infection Control Guidance………………………………………………………………………………  245
Sample Core Patient Log……………………………………………………………………………....  248
Sample Clinical Immunization Form………………………………………………………………………  249
Basic Clinical Definitions………………………………………………………………………………  250

*Revised 09/05/19*

# *Clinical Medicine Handbook*

# *Part 5:*
# *Measuring Student Performance:*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

-229-                                                    *Revised 09/05/19*

## *USMLE POLICIES*

Step 1 Policies

1. Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within four (4) months of completing Basic Sciences. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period.  For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May you will be assigned the May-June-July eligibility period that you selected.

2. After you complete the 5th semester successfully including passing the "Comp" exam, you should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SMUSOM (Orlando) where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, and administrative regulations of SMUSOM. Sign off during the 5th semester is not permitted.  SMUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.

3. All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.

4. Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts to successfully pass USMLE Step 1.  It is the student's responsibility to schedule and pass the examination.  Any student who has completed National Board (NB) 1, 2, and 3 and has not passed the USMLE Step 1 exam will be withdrawn from SMU. If this time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the time limit are allowed and LOAs do not 'stop the clock".

5. *First Time Failures of USMLE Step 1:*
   Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination) at the end of the course.  Student will <u>not</u> be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

6. *Second Time Failure of the USMLE Step 1:*
   If a student fails a second time, the same procedure must be followed.  However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time.  If the student fails the USMLE examination a 3rd time, the student is dismissed.

7. *Appeal with Lower Score after the Second Review Course;*
   A student may appeal the decision to not be allowed a second retake of the exam to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

   The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score.  In the appeal the student must address any special circumstances that explain the poorer performance.  In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

   A student whose appeal is denied by the Promotions Committee has the right to appeal to the Dean of Basic Science in writing within one business day of the Committee's decision.  No new information can be included in the letter of appeal to the Dean of Basic Sciences.  The Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination.  A meeting with the student is at the discretion of the Dean of Basic Science and is not required.  The decision of the Dean of Basic Science is final.  The Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

The student has the right to appeal to the Chancellor of the University if the University's policies and procedures were not followed.  The appeal should be made in writing within 7 business days to the Chancellor located in the US Administrative office.

Clinical Knowledge Remediation

Any student who has not taken the USMLE Step 2CK before August 15, 2014 and: (i) has <u>FAILED</u> two (2) Core Clerkship Examinations (CCE) in two (2) different core clinical clerkships; (ii) received a FAILING grade in any core clinical clerkship; or (iii) is on academic probation, will be required to take a Comprehensive Clinical Science Examination (CCSE) to ascertain whether or not his/her independent preparation for the USMLE Step 2CK has been successful.

At present, the university utilizes the National Board of Medical Examiners® (NBME) Comprehensive Clinical Sciences Examination as its CCSE. The university will bear the cost of the initial CCSE attempt.

Based upon the results of the CCSE, the Clinical Department will either clear the student to take the USMLE Step 2CK examination or require the student to continue remediation as defined below.

If further remediation is required, additional clinical rotations will be postponed until the student is approved by the Clinical Department to take the USMLE Step 2CK examination.

*Further Remediation Guidelines*

If it is determined a student requires further remediation after their prior CCSE attempt, the student will enroll in a SMUSOM-approved remediation program. Students will bear the cost of this program and will not be registered to retake the CCSE until they show evidence of satisfactory progress in the approved remediation program. Once satisfactory progress is demonstrated, the student will be permitted to retake the CCSE at his/her expense.

*Subsequent Remediation Guidelines*

If a student's performance on the CCSE in subsequent attempts is deemed deficient, the procedure for remediation described above will be repeated until such time as the student's level of achievement on the CCSE is deemed satisfactory to the Clinical Department.

*Scheduling the NBME Comprehensive Clinical Science Examination*

Students will be permitted to <u>schedule</u> the CCSE after successful completion of 34 weeks of core clinical clerkships and/or Primary Care rotations through the Clinical Department.

Students will be permitted to <u>take</u> the CCSE upon successful completion of 40 weeks of core clinical clerkships (including Internal Medicine) and/or Primary Care rotations.

Students required to take or retake the CCSE will receive a notification email from SMUSOM along with one from the NBME informing them of the need to schedule the CCSE. The email from the NBME will include instructions on how to schedule the exam.

The CCSE is available at 350 Prometric Test Centers worldwide (https://www.prometric.com/en-/home.aspx).

Step 2 CS &CK Policies

All students are required to take a Comprehensive Clinical Science Examination (CCSE) to ascertain whether or not his/her preparation for the USMLE Step 2CK has been successful. At present, the university utilizes the National Board of Medical Examiners (NBME) Comprehensive Clinical Sciences Examination as its CCSE. The university will bear the cost of the initial CCSE attempt. Students will be permitted to schedule the CCSE after successful completion of 34 weeks of core clinical clerkships and/or Primary Care rotations through the Clinical Department. Students will be permitted to take the CCSE upon successful completion of 40 weeks of core clinical clerkships (including Internal Medicine) and/or Primary Care rotations.

The passing standard for CCSE will be determined at the sole discretion of the university. Based upon the results of the CCSE, the student will take the USMLE Step 2CK examination or participate in university-approved remediation. Students will bear the cost of university-approved remediation. Once satisfactory progress is demonstrated, the student will retake the CCSE at his/her expense. Students are required to take USMLE Step 2CK within 75 days of achieving satisfactory performance on the CCSE.

Students become eligible to take the USMLE Step 2 CK examination upon passing CCSE and upon successful completion of the 5 core clerkships or 40 weeks of rotations which must comprise 4 core clerkships including Internal Medicine and Surgery, as well as a 4 week Primary Care rotation. University approval is also required before a student can be certified to sit for USMLE Step 2 CK.

Successful completion of the Clinical Skills (CS) practice examination requirements, as described in this section, is a prerequisite to certification for USMLE Step 2 CS[7]. The university will bear the cost of the initial CS practice examination. Students will be permitted to schedule the Clinical Skills (CS) practice examination after they have a sit date scheduled for USMLE Step 2CK. Students may reschedule or cancel their Clinical Skills (CS) practice examination test date no later than three weeks prior to their scheduled test date. Students who fail to reschedule or cancel (including non-appearance) within the permitted time parameters will be required to reschedule and take the Clinical Skills (CS) practice examination at their own expense.

If a student's performance on the Clinical Skills (CS) practice examination is not deemed satisfactory by the university, the student will be required to take a university-approved remedial program which must include a comparable clinical skills practice examination to that required by the university (i.e., the Clinical Skills (CS) practice examination). Students will be required to submit the written results of the one-day clinical skills practice examination included in their remedial program to the university for evaluation and review. The remedial program will be at the student's expense. Upon completion of the remedial program and submission of written results of the clinical skills practice examination, the university will review the student's performance. Based upon this review, additional remedial actions may be required.

Students become eligible to take the USMLE Step 2CS examination upon passing UMSLE Step 2 CK and the CS practice examination, and upon successful completion of the 5 core clerkships or 40 weeks of rotations which must comprise 4 core clerkships including Internal Medicine and Surgery, as well as a 4 week Primary Care rotation. University approval is also required before a student can be certified to sit for this exam.

Students are required to write and pass USMLE Step 2 CS & CK prior to graduation. Students have twelve (12) months from the end of their last rotation and a maximum of three (3) attempts with approval of the Associate Dean for each exam within the twelve months to meet this requirement. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is administratively withdrawn. Please note that LOAs do not "stop the clock".

Students who fail the USMLE Step 2 CK or Step 2 CS Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 2 CK Examination and/or Step 2 CS Examination, as determined at the sole discretion of the university.

If a student fails USMLE Step 2 CK or CS a second time, the same procedure(s) must be followed.
For the USMLE Step 2 CS exam, approval to take a course will not be automatic, and will only be given selectively based on an individual assessment by the Associate Dean of Clinical Students; successful completion of this approved course will suffice for certification by the school.

If the student fails the USMLE examination a 3rd time, the student is administratively withdrawn.

It is SMUSOM regulation that ALL score reports (Step 1, Step 2 CK and Step2 CS) must be submitted by

---

[7] The results of the CS practice examination are valid for 180 days. Students must take USMLE Step 2CS within this 180 day period from the date of the CS practice examination, or be subject to remediation of the CS practice examination as described above.

the student, to the Office of Clinical Medicine immediately upon receipt. SMUSOM will not provide any information to any certifying and licensing bodies without the student providing all USMLE and similar examination information to SMUSOM as required.