**Terrence Reid**
Aug 31

Dear Clinical Students,

Effective 08/31/2020, the NBME Comprehensive Clinical Science Exam (CCSE) passing score has been increased from 220 to 222. "The new CCSE score applies to any student who has not been approved to take Step 2CK".

Sincere regards,

Dr. Reid, Ed.D.