# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALEJANDRO ESTRADA,

    *Plaintiff*,

vs.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    *Defendant*.

Case No.: 6:20-cv-01763-CEM-EJK

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that SCOTT MAGER, ESQ., JESSE FULTON, ESQ. and LEER THOMPSON, ESQ., Attorneys for Plaintiff, Alejandro Estrada are unavailable from November 22, 2021 through December 10, 2021, and respectfully requests that no hearings, depositions, motions, notices to produce, interrogatories, pleadings or other papers be filed which require a timely response during this time period to the extent necessary; and that all pending matters be abated during this period of time.

To the extent necessary, the filing and service of this Notice shall constitute an application and Request for Continuance, Extension of Time and/or for a Protective Order as may be appropriately required.

Respectfully Submitted,

**MAGER PARÚAS, LLC**
2719 Hollywood Boulevard, Second Floor
Hollywood, Florida 33020
Phone: 954-763-2800
Email: service@mpjustice.com

/s/ Scott A. Mager
Scott A. Mager, Esq. (FBN: 768502)
Jesse S. Fulton, Esq. (FBN: 112495)
Leer Thompson, Esq. (FBN 118225)

*Counsel for Plaintiff*

Case No.: 6:20-cv-01763-CEM-EJK

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of October 2021, a true and correct copy of the foregoing was filed and served via Florida Courts E-filing Portal which will forward via electronic mail to all counsel of record.

By: */s/ Scott A. Mager*
Scott A. Mager, Esq.