## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ALEJANDRO ESTRADA,**

*Plaintiff*,

vs.

**ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,**

*Defendant.*

**Case No.: 6:20-cv-01763-CEM-EJK**

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

The Plaintiff, Alejandro Estrada, and the Defendant, St. Matthew's University School of Medicine, jointly file this motion seeking extension of the February 11, 2022 mediation deadline set forth in the Court's November 30, 2020, Case Management and Scheduling Order ("Order") as outlined below, and as grounds thereof states as follows:

1.     On November 30, 2020, this Court entered a Case Management and Scheduling Order ("Order"), and trial was set for the August 2022 trial period.

2.     Pursuant to the Order, the deadline to conduct mediation is February 11, 2022.

3.     The parties have conferred in an effort to schedule mediation within the current deadline. However, Plaintiff's counsel is currently set for 2 trial dockets during this time. In addition, the parties have confirmed that the only date the parties'

1

designated mediator is available between now and the deadline is February 1, 2022, a

date on which plaintiff is not available. As such, Plaintiff does not believe the parties

will be able to comply with the Court ordered mediation date.

4.      Accordingly, the parties respectfully seek to extend the deadline to complete

mediation through March 31, 2022.

5.      Good cause exists to grant the relief requested herein. The parties have been

preparing diligently for the upcoming mediation, but due to scheduling conflicts, the

parties require additional time to conduct mediation.

6.      The parties would be prejudiced if they are not provided the additional time

to conduct mediation and attempt to resolve this matter without further litigation.

7.      This request is not being made for purposes of unnecessary delay and is made

in good faith. No party will be prejudiced by the modification of the Case Management

deadlines sought herein.

**WHEREFORE**, parties respectfully request that this Court modify the Case
Management Order as described herein.

DATED: January 27, 2022_____          DATED: January 27, 2022_____

/s/ *Jesse S. Fulton*_____          /s/ *Dale Evans*_____

Scott A. Mager, Esq. (FBN: 768502)          Dale Evans, Esq. (FBN: 98496)
Jesse S. Fulton, Esq. (FBN: 112495)
Leer Thompson, Esq. (FBN: 118225)

MAGER PARÚAS, LLC                           Locke Lord LLP
2719 Hollywood Boulevard, Second Floor      777 South Flagler Drive, Ste 215
Hollywood, Florida 33020                    Palm Beach, FL 33139
Phone:   954-763-2800                       Phone: 561-833-7700
Email:   filings@mpjustice.com              Email: dale.evans@lockelord.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, this document was electronically filed on

all counsel or parties of record via the Court's electronic case filing system.

*/s/ Jesse S. Fulton*
Jesse S. Fulton, Esq.
