**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ALEJANDRO ESTRADA,**

*Plaintiff*,

vs.

**ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,**

*Defendant*.

**Case No.: 6:20-cv-01763-CEM-EJK**

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

The Plaintiff, Alejandro Estrada, file this motion seeking to extension of the January 28, 2022, discovery deadline set forth in Court's November 30, 2020, Case Management and Scheduling Order ("Order") as outlined below, and as grounds thereof states as follows:

1.    On November 30, 2020, this Court entered a Case Management and Scheduling Order and trial was set for the August 2022 trial period.

2.    The Plaintiff is still conducting discovery, including the setting of depositions and propounding of documentary discovery.

3.    The discovery deadline is currently January 28, 2022.

4.      At this time, the Plaintiff believes that he is not in a position to comply with the current discovery deadline as there still remains various witnesses to be deposed and documents to be obtained.

5.      The Plaintiff respectfully seeks to extend the discovery deadline in the Order as follows:

        i.  March 1, 2021 – Discovery Deadline

6.      Good cause exists to grant the relief requested herein. Unfortunately, two prior attorneys that were handling this matter left the employment of the undersigned's firm within the last couple of months. As a result, the undersigned has been working diligently in trying to get up to speed on what has transpired in the case to this point, such as outstanding discovery.

7.      The Plaintiff would be severely prejudiced if he is not provided the additional time requested to complete discovery, which is absolutely vital to the prosecution of this matter.

8.      This request is not being made for purposes of unnecessary delay and is made in good faith. No party will be prejudiced by the modification of the Case Management deadlines sought herein.

**WHEREFORE**, the Plaintiff respectfully request that this Court extend the discovery deadline set forth in the Case Management Order as described herein.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2022, this document was electronically

filed on all counsel or parties of record via the Court's electronic case filing system.

*<u>/s/ Jesse Fulton</u>*
Jesse Fulton, Esq.