**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **ALEJANDRO ESTRADA,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,**<br><br>*Defendant*. | Case No.: **6:20-cv-01763-CEM-EJK** |

**PLAINTIFF'S AMENDED MOTION**
**TO EXTEND DISCOVERY DEADLINES**

The Plaintiff, Alejandro Estrada, files this motion seeking an extension of the January 28, 2022, discovery deadline set forth in Court's November 30, 2020, Case Management and Scheduling Order ("Order") as outlined below, and as grounds thereof states as follows:

1. On November 30, 2020, this Court entered a Case Management and Scheduling Order and trial was set for the August 2022 trial period.

2. The Plaintiff is still conducting discovery, including the setting of depositions and propounding of documentary discovery.

3. The discovery deadline is currently January 28, 2022.

4. At this time, the Plaintiff believes that he is not in a position to comply with the current discovery deadline as there still remains various witnesses to be deposed and documents to be obtained.

5. The Plaintiff respectfully seeks to extend the discovery deadline in the Order as follows:

    i. March 1, 2021 – Discovery Deadline

6. Good cause exists to grant the relief requested herein. Unfortunately, two prior attorneys that were handling this matter left the employment of the undersigned's firm within the last couple of months. As a result, the undersigned has been working diligently in trying to get up to speed on what has transpired in the case to this point, such as outstanding discovery.

7. The Plaintiff would be severely prejudiced if he is not provided the additional time requested to complete discovery, which is absolutely vital to the prosecution of this matter.

8. The undersigned has been in contact with Dale Evans, Esq., counsel for Defendant, but the parties have been unable to agree as to an extension at this time.

9. This request is not being made for purposes of unnecessary delay and is made in good faith. No party will be prejudiced by the modification of the Case Management deadlines sought herein.

**WHEREFORE**, the Plaintiff respectfully requests that this Court extend the discovery deadline set forth in the Case Management Order as described herein.

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, this document was electronically filed on all counsel or parties of record via the Court's electronic case filing system.

*/s/ Jesse Fulton*
Jesse Fulton, Esq.
