UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALEJANDRO ESTRADA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,<br><br>*Defendant.* | Case No.: 6:20-cv-01763-CEM-EJK |

## NOTICE OF MEDIATION CONFERENCE

**NOTICE IS HEREBY GIVEN** that the parties have agreed and a mediation conference in the above styled cause will take place at the date, time and location below:

    Date and Time:    Wednesday, March 30, 2022 at 9:30 a.m.

    Location:    Via Zoom (Zoom information to be provided at a later date)

    Mediator:    Carlos Burruezo, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2022, this document was filed via the CM/ECF system which will serve this document on all counsel of record.

*/s/ Scott A. Mager*
Fla. Bar No. 768502
Mager Parúas, LLC
Counsel for Plaintiff
2719 Hollywood Blvd., 2nd Floor
Hollywood, FL 33020
(954) 763-2800
Service@mpjustice.com
Jesse@mpjustice.com
Yonathan@mpjustice.com
Randi@mpjustice.com

*Counsel for Plaintiff*

## SERVICE LIST

ALEJANDRO ESTRADA V. ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE
Case No. 6:20-cv-01763-CEM-EJK

Dale A. Evans, Jr., Esq.
Locke Lord, LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
dale.evans@lockelord.com