**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


**ALEJANDRO ESTRADA,**                                    **CASE NO.: 6:20-CV-1763-CEM-EJK**

       **Plaintiffs,**

**v.**

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**

       **Defendants.**

_____/

**MEDIATION REPORT**

       A mediation conference was held on March 30th, 2022, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

       _X_    All individual parties and their respective trial counsel.
       _X_    Designated corporate representatives.
       ____    Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

       _____
       _____
       _____

(c)    The outcome of the mediation conference was:

       _X_    The case has been completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

       ____    The case has been partially resolved and lead counsel has been instructed

to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

_____   <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____   The parties have reached an impasse.

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I HEREBY CERTIFY that on March 30th, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will generate a notice of electronic filing to counsel of record.

/s/ Carlos J. Burruezo, Esq.
CARLOS J. BURRUEZO, ESQ.
BURRUEZO & BURRUEZO, PLLC
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
911 Outer Road
Orlando, Florida 32814
Telephone: 407.754.2904
Facsimile: 407.754.2905