UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALEJANDRO ESTRADA,**

        Plaintiff,

v.                                        Case No.  6:20-cv-1763-CEM-EJK

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Mediation Report (Doc. 55), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record